## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

STATE OF ARKANSAS             PLAINTIFF

V.     NO. CR 2014-319

BYRON ALF LEE             DEFENDANT



## INFORMATION

Comes the Prosecuting Attorney for POPE County, Arkansas, and in the name and by the authority of the State of Arkansas, charges **Byron Alf Lee** with the crime(s) of **BURGLARY - RESIDENTIAL** as follows:

**COUNT 1: BURGLARY - RESIDENTIAL ARK. CODE ANN. § 5-39-201.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about July 25, 2014.

Knowingly, willfully and unlawfully enter or remain unlawfully in a residential occupiable structure belonging to Dallas Haynes with the purpose of committing therein any offense punishable by imprisonment, the same constituting a Class B Felony, against the peace and dignity of the State of Arkansas.

There appearing reasonable grounds for believing the alleged offense(s) was committed by defendant, a warrant is therefore prayed for his arrest to be issued by the court.

CLASS B FELONY
5 – 20 YEARS IN ADC AND/OR
0 - $15,000 FINE

David L. Gibbons, Prosecuting Attorney

BY: _____
      David L. Gibbons

PRESENTED TO ME THIS 27 DAY OF AUGUST, 2014.

FERN TUCKER, CIRCUIT CLERK
BY: _____

**Gov Exhibit 1**

AFTER A P ROBABLE CAUSE DETERMINATION WAS MADE IN THE FOREGOING CASE BY MUNICIPAL JUDGE DON BOURNE (SEE ORDER ATTACHED HERETO), AND AFTER REVIEWING THE ATTACHED CASE SUMMARY, I FIND PROBABLE CAUSE EXISTS FOR THE ISSUANCE OF A WARRANT AGAINST THE NAMED DEFENDANT.

_William M. Pearson_
JUDGE

_8-26-14_
DATE

**Gov Exhibit 1**

IN THE District COURT OF POPE COUNTY, ARKANSAS

STATE OF ARKANSAS      CR 2014-319      PLAINTIFF
v.

Byron Lee      DEFENDANT
S-9-90

**ORDER FINDING PROBABLE CAUSE AND SETTING PRETRIAL RELEASE CONDITIONS**

On this 28th day of July, 2014, this matter comes for hearing under the provisions of ARCrP Rules 8.1-8.5 and 9.1-9.6. The Court finds that there is probable cause to detain the Defendant on the charge(s) of: Residential Burglary, Theft of property _____ pending further proceedings.

___ The Court finds the Defendant indigent and **appoints** the Public Defender as counsel for Defendant; or

X    The Court does not find the Defendant indigent and **does not appoint** the Public Defender as counsel.

*Deferred to circuit court*

Having considered all relevant factors concerning pretrial release as set forth in ARCrP Rules 8.4, 8.5, 9.1 and 9.2, the Court sets money bail in the amount of $5000.00 which may be satisfied as follows: *State's request*

___ Unsecured bond accompanied by a deposit of cash in the amount of $_____ (ARCrP 9.2(b)(ii)) [10/90 bond];

___ Bond signed by the Defendant and secured by real property approved by the Sheriff (ARCrP 9.2(b)(iii) [property bond];

X    Bond secured by the obligation of qualified sureties (ARCrP 9.2(b)(iii) [(commercial bond)];

___ Other: _____

The following conditions are imposed concerning the Defendant's pretrial release:    2014

✓ 1) The Defendant shall appear in the Pope County Circuit Court on the 8th day of September, at 9 a.m.

___ 2) The Defendant shall sign the pretrial release book at the Sheriff's Office every _____;

✓ 3) The Defendant shall not commit an offense punishable by incarceration while on pretrial release;

X 4) The Defendant shall not communicate with, harass or be around the following: Alicia Haynes + Dalton Heupn, James Haynes

X 5) The Defendant shall not go on or around the following location(s): 1630 St 7 N. Dover

✓ 6) The Defendant shall not use alcohol or controlled substances unless prescribed by a physician;

X 7) The Defendant shall be subject to random drug screening conducted by _____;

✓ 8) The Defendant must stay in contact with his/her attorney, whether privately retained or court appointed;

✓ 9) Other: Complete + return affidavit of indigency to public defender B.

The failure to comply with any of the above conditions will subject the Defendant to having different or additional conditions imposed, which may include increased bail or having his or her pretrial release revoked.

IT IS SO ORDERED.

X _____ /s/ B
             Judge

I hereby acknowledge receipt of this Order and understand the conditions or pretrial release imposed.

Defendant: X _Byron Lee_

TRACKING NO. 5096383      ARRESTING AGENCY PCSO

**Gov Exhibit 1**

# SENTENCING ORDER

IN THE CIRCUIT COURT OF Pope COUNTY, ARKANSAS, FIFTH JUDICIAL DISTRICT 1 DIVISION

On 8/10/2015 the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

| Defendant [Last, First, MI] | Lee, Byron Alf | | DOB | ▬▬▬ | Sex | ✔ Male ☐ Female | Total Number of Counts | 1 |
|---|---|---|---|---|---|---|---|---|
| SID# | ▬▬▬ | Race & Ethnicity | ✔ White ☐ Other | ☐ Black ☐ Unknown | ☐ Asian ☐ Hispanic | ☐ Native American ☐ Pacific Islander | | |

Supervision Status at Time of Offense

## Court Info

| Judge | WILLIAM PEARSON | File Stamp |
|---|---|---|
| Prosecuting Attorney/Deputy | David L. Gibbons | |
| Defendant's Attorney | Jeff Faught | ☐ Private  ✔ Public Defender  ☐ Appointed  ☐ Pro Se |

Change of Venue  ☐ Yes ✔ No
If Yes, from:

## Legal Statements

☐ Pursuant to A.C.A.   ☐ 16-93-301 et seq., or   ☐ _____ this Court, without making a finding of guilt or entering a judgement of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgement should not be pronounced, a judgement:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

✔ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel.   ☐ Yes ✔ No

## Offense #1: Most Serious Offense

| A.C.A. # / Name of Offense | 5-39-201 - BURGLARY - RESIDENTIAL | | | Case # 58CR-14-319 |
|---|---|---|---|---|
| A.C.A. # Orig. Charge | | ATN POP005096383 | Offense was ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted | |
| Offense Date | 7/25/2014 | Appeal from District Court ☐ Yes ✔ No | Probation/SIS Revocation ☐ Yes ✔ No | |
| Criminal History Score | 0 | Seriousness Level 6 | Offense is ✔ Felony ☐ Misd. ☐ Violation | Offense Classification ☐ Y ☐ A ✔ B ☐ C ☐ D ☐ U |
| Presumptive Sentence | ✔ Prison Sentence of 24 months | ✔ Community Corrections Center | ✔ Alternative Sanction | |
| Number of Counts | 1 | Defendant ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense | | |

Defendant Sentence
✔ ADC  ☐ Jud Trans  ☐ Cnty Jail
Imposed   24 months
Probation  0 months
SIS       48 months
Other ☐ Life ☐ LWOP ☐ Death

If probation or SIS accompanied by period of confinement, state time: ____ days ____ mths
Sentence was enhanced ____ months, pursuant to A.C.A. _____
Enhancement(s) is to run ☐ Concurrent ☐ Consecutive
Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection ☐ (a) ☐ (b) ☐ (c) ☐ (d)

| Victim Information [Multiple Victims] | ✔ N/A ☐ Yes ☐ No | Age | Sex ☐ Male ☐ Female | Race & Ethnicity ☐ Pacific Islander | ☐ White ☐ Other | ☐ Black ☐ Unknown | ☐ Asian | ☐ Native American ☐ Hispanic |

Defendant voluntarily, intelligently and knowingly entered a
✔ negotiated plea of  ✔ guilty  ☐ nolo contendere
☐ plea directly to the court of  ☐ guilty  ☐ nolo contendere

Defendant
☐ was sentenced pursuant to  ☐ 16-93-301 et seq.  ☐ Other _____
☐ entered a plea and was sentenced by a jury.    ☐ court ☐ jury
☐ was found guilty by the court & sentenced by   ☐ court ☐ jury
☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury
☐ was found guilty of lesser offense by

Sentence is a Departure  ☐ Yes ✔ No ☐ N/A
Sentence Departure  ☐ Durational ☐ Dispositional ☐ Both
If Durational, state how many months above/below the Presumptive Sentence   0

Departure Reason  Mitigating # ____ or Aggravating # 14   (For Agg #16, Mit #10 or departure from guidelines, explain)

Sentence will run  ☐ Consecutive ☐ Concurrent  to Offense # ____  or to Case # ____

**Gov Exhibit 1**

BL

Defendant's Full Name:   Lee, Byron Alf

## Special Conditions

### Sex Offenses
Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form.
☐ Yes  ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903
☐ Yes  ☑ No

Defendant is alleged to be a sexually violent predator and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918.
☐ Yes  ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes  ☑ No   Case Number(s)

### Domestic Violence Offenses
Defendant has been adjudicated guilty of a domestic-violence related offense.
☐ Yes  ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes  ☑ No
If Yes, state the A.C.A. # of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant.

### DNA Sample / Qualifying Offenses
Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.   ☑ Yes  ☐ No
Defendant is ordered to have a DNA sample drawn at
☐ a D.C.C. Facility  ☐ the A.D.C.  ☐ Other

### Drug Crime
Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101.
☐ Yes  ☑ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $150.00 |
| Fines | $850.00 |
| Booking/Admin Fees ($20) | $20.00 |
| Drug Crime Assessment Fee ($125) | |
| DNA Sample Fee ($250) | $250.00 |
| Mandatory Sex Offender Fee ($250) | |
| Public Defender User Fee ($25) | $100.00 |
| Public Defender Attorney Fee | $300.00 |
| Other (explain below) | |

Restitution  $21,000
Payable to [If multiple beneficiaries, give names and payment priority]
Felicia Haynes

Terms  ☐ Due Immediately
☑ Installments of:   $50 PER MONTH BEGINNING
☑ Payments must be made within   30   days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.
☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.   ☐ Yes  ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction.   ☐ Yes  ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.   ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied  ☐ Yes  ☑ No

JAIL TIME CREDIT In days: 135
TOTAL TIME TO BE SERVED FOR ALL OFFENSES  In months: 24   ☐ Life  ☐ LWOP
Death Penalty  ☐ Yes  ☑ No   If Yes, State Execution Date

DEFENDANT IS ASSIGNED TO:   ☑ ADC  ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ☐ SIS  ☐ SPECIAL CONDITIONS

Conditions of disposition or probation are attached.   ☐ Yes  ☑ No
Defendant has previously failed a drug court program

A copy of the Pre-sentence investigation on sentencing information is attached   ☐ Yes  ☑ No
A copy of the Prosecutor's Short Report is attached   ☑ Yes  ☐ No

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS   ☐ Yes  ☑ No   Appeal Bond $

The County Sheriff is hereby ordered to :   ☐ transport the defendant to county jail   ☐ take custody for referral to CCC   ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC   ☐ Yes  ☑ No

## Signature

Prosecuting Attorney/Deputy Signature: [signature]   Date: 8-10-15   Print Name: David L. Gibbons

Circuit Judge Signature: [signature William M. Pearson]   Date: 8-10-15   Print Name: WILLIAM PEARSON

Additional Info
suspended imposition of sentence conditioned upon defendant living a law-abiding life - not committing any offense punishable by imprisonment - and upon defendant paying the financial obligations as set out herein.

Gov Exhibit 1

BL

**A C K N O W L E D G M E N T**

I, hereby acknowledge receipt of a copy of the foregoing order on this _____ day of _____, 2012, and do state that I fully understand the above conditions which are being imposed on me and the consequences of my violating any of those conditions.

_____
DEFENDANT

_____8-10-15_____
DATE

**Gov Exhibit 1**