IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

STATE OF ARKANSAS                                                PLAINTIFF

V.                          NO. CR-18-413

BYRON ALF LEE                                             DEFENDANT

## INFORMATION

Comes the Prosecuting Attorney for POPE County, Arkansas, and in the name and by the authority of the State of Arkansas, charges **Byron Alf Lee** with the crime(s) of **POSSESSION WITH PURPOSE TO DELIVER (b)(2) and POSSESSION CONTROLLED SUBSTANCE (b)(2)(A)** as follows:

**COUNT 1: POSSESSION WITH PURPOSE TO DELIVER (b)(2) ARK. CODE ANN. § 5-64-420b2.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about May 11, 2018.

Knowingly, willfully and unlawfully possess a controlled substance, to wit: methamphetamine (2 grams but less than 10 grams), with purpose to deliver, the same constituting a Class B Felony, against the peace and dignity of the State of Arkansas.

**COUNT 2: POSSESSION CONTROLLED SUBSTANCE (b)(2)(A) ARK. CODE ANN. § 5-64-419b2a.** The said defendant in POPE COUNTY, did unlawfully and feloniously on or about May 11, 2018.

Knowingly, willfully and unlawfully possess a Schedule I or II controlled substance, to wit: HYDROCODONE (less than 2 grams), the same constituting a Class D Felony, against the peace and dignity of the State of Arkansas.

*There appearing reasonable grounds for believing the alleged offense(s) was committed by defendant, a warrant is therefore prayed for his arrest to be issued by the court.*

**Not to be read to jury** – defendant is a habitual offender under the provisions of ACA 5-4-501 having been previously convicted of four or more felony offenses.

CLASS D FELONY
0 – 15 YEARS IN ADC AND
0 - $10,000 FINE

                               David L. Gibbons, Prosecuting Attorney

BY: _____
            David L. Gibbons

PRESENTED TO ME THIS 26 DAY OF June, 2018.

                               DIANE WILLCUTT, CIRCUIT CLERK

                               BY: _____



**Gov Exhibit 2**

AFTER A PROBABLE CAUSE DETERMINATION WAS MADE IN THE FOREGOING CASE BY MUNICIPAL JUDGE DON BOURNE (SEE ORDER ATTACHED HERETO), AND AFTER REVIEWING THE ATTACHED CASE SUMMARY, I FIND PROBABLE CAUSE EXISTS FOR THE ISSUANCE OF A WARRANT AGAINST THE NAMED DEFENDANT.

_William M. Pearson_
JUDGE

_6-25-18_
DATE

**Gov Exhibit 2**

# SENTENCING ORDER

IN THE CIRCUIT COURT OF Pope COUNTY, ARKANSAS, FIFTH JUDICIAL DISTRICT 1 DIVISION

On 2/8/2019 the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

## Offender

- Defendant [Last, First, MI]: Lee, Byron Alf
- DOB: [redacted]
- Sex: ✓ Male ☐ Female
- Total Number of Counts: 2
- SID#: [redacted]
- Race & Ethnicity: ✓ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic
- Supervision Status at Time of Offense:

## Court Info

- Judge: WILLIAM PEARSON
- Prosecuting Attorney/Deputy: David L. Gibbons
- Defendant's Attorney: SAM EASTMAN ☐ Private ✓ Public Defender ☐ Appointed ☐ Pro Se
- File Stamp: [POPE COUNTY CIRCUIT CLERK FEB 12 ... CERTIFIED]
- Change of Venue: ☐ Yes ✓ No
- If Yes, from:

## Legal Statements

☐ Pursuant to A.C.A. ☒ 16-93-301 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgement of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgement should not be pronounced, a judgement:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

✓ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel. ☐ Yes ✓ No

## Offense #1: Most Serious Offense

- A.C.A. # / Name of Offense: 5-64-420b1 - POSSESSION WITH PURPOSE TO DELIVER (b)(1)
- Case #: 58CR-18-413
- A.C.A. # Orig. Charge: 5-64-420b2
- ATN: POP005102615
- Offense was: ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted
- Offense Date: 5/11/2018
- Appeal from District Court: ☐ Yes ✓ No
- Probation/SIS Revocation: ☐ Yes ✓ No
- Criminal History Score: 4
- Seriousness Level: 6
- Offense is: ✓ Felony ☐ Misd. ☐ Violation
- Offense Classification: ☐ Y ☐ A ☐ B ✓ C ☐ D ☐ U
- Presumptive Sentence: ✓ Prison Sentence of 156 months ☐ Community Corrections Center ☐ Alternative Sanction
- Number of Counts: 1
- Defendant: ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense
- Defendant Sentence: ✓ ADC ☐ Jud Trans ☐ Cnty Jail
- If probation or SIS accompanied by period of confinement, state time: ___ days ___ mths
- Imposed: 84 months
- Sentence was enhanced ___ months, pursuant to A.C.A. ___
- Probation: 0 months
- Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive
- SIS: 0 months
- Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection
- Other: ☐ Life ☐ LWOP ☐ Death ☐ (a) ✓ (b) ☐ (c) ☐ (d)
- Victim Information [Multiple Victims]: ✓ N/A ☐ Yes ☐ No
- Age: ___
- Sex: ☐ Male ☐ Female
- Race & Ethnicity: ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant voluntarily, intelligently and knowingly entered a
- ✓ negotiated plea of ✓ guilty ☐ nolo contendere
- ☐ plea directly to the court of ☐ guilty ☐ nolo contendere

Defendant: ☐ 16-93-301 et seq. ☐ Other
- ☐ was sentenced pursuant to
- ☐ entered a plea and was sentenced by a jury.
- ☐ was found guilty by the court & sentenced by ☐ court ☐ jury
- ☐ was found guilty at a jury trial & sentenced by ☐ court ☐ jury
- ☐ was found guilty of lesser offense by ☐ court ☐ jury

Sentence Departure: ✓ Durational ☐ Dispositional ☐ Both

- Sentence is a Departure: ✓ Yes ☐ No ☐ N/A
- If Durational, state how many months above/below the Presumptive Sentence: -72
- Departure Reason: Mitigating # ___ or Aggravating # 0  (For Agg #16, Mit #10 or departure from guidelines, explain)

Sentence will run ☐ Consecutive ✗ Concurrent to Offense # ___ or to Case # 58CR-18-756  36CR-18-358

**Gov Exhibit 2**

Defendant's Full Name: Lee, Byron Alf

| Field | Value |
|---|---|
| A.C.A. # / Name of Offense | 5-64-419b2a - POSSESSION CONTROLLED SUBSTANCE (b)(2)(A) |
| Case # | 58CR-18-413 |
| A.C.A. # Orig. Charge | |
| ATN | POP005102615 |
| Offense was | ☐ Nolle Prossed  ☐ Dismissed  ☐ Acquitted |
| Offense Date | 5/11/2018 |
| Appeal from District Court | ☐ Yes  ☑ No |
| Probation/SIS Revocation | ☐ Yes  ☑ No |
| Criminal History Score | 3 |
| Seriousness Level | 3 |
| Offense is | ☑ Felony  ☐ Misd.  ☐ Violation |
| Offense Classification | ☐ Y  ☐ A  ☐ B  ☐ C  ☑ D  ☐ U |
| Presumptive Sentence | ☑ Prison Sentence of 24 months  ☑ Community Corrections Center  ☑ Alternative Sanction |
| Number of Counts | 1 |
| Defendant | ☐ Attempted  ☐ Solicited  ☐ Conspired to Commit the Offense |

Defendant Sentence: ☑ ADC ☐ Jud Trans ☐ Cnty Jail
If probation or SIS accompanied by period of confinement, state time: _____ days _____ mths

Imposed    84 months
Probation   0 months
SIS         0 months
Other  ☐ Life ☐ LWOP ☐ Death

Sentence was enhanced _____ months, pursuant to A.C.A. _____
Enhancement(s) is to run  ☐ Concurrent  ☐ Consecutive
Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection
☐ (a)  ☑ (b)  ☐ (c)  ☐ (d)

Victim Information [Multiple Victims]: ☑ N/A  ☐ Yes ☑ No
Sex: ☑ Male ☐ Female
Race & Ethnicity: ☐ White ☑ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant ☐ was sentenced pursuant to ☐ 16-93-301 et seq. ☐ Other _____

Defendant voluntarily, intelligently and knowingly entered a
☑ negotiated plea of  ☑ guilty / ☐ nolo contendere
☐ plea directly to the court of  ☐ guilty / ☐ nolo contendere

☐ entered a plea and was sentenced by a jury.
☐ was found guilty by the court & sentenced by  ☐ court ☐ jury
☐ was found guilty at a jury trial & sentenced by  ☐ court ☐ jury
☐ was found guilty of lesser offense by  ☐ court ☐ jury

Sentence is a Departure: ☑ Yes ☐ No ☐ N/A
Sentence Departure: ☑ Durational ☐ Dispositional ☐ Both
If Durational, state how many months above/below the Presumptive Sentence: 60

Departure Reason: Mitigating # _____ or Aggravating # 14 (For Agg #16, Mit #10 or departure from guidelines, explain)

Sentence will run  ☐ Consecutive  ☐ Concurrent  to Offense # _____  or to Case # _____

*Additional Offense #2*

**Gov Exhibit 2**

Defendant's Full Name: Lee, Byron Alf

## Special Conditions

### Sex Offenses
Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form.
☐ Yes  ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903
☐ Yes  ☑ No

Defendant is alleged to be a sexually violent predator and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918.
☐ Yes  ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes  ☑ No  Case Number(s)

### Domestic Violence Offenses
Defendant has been adjudicated guilty of a domestic-violence related offense.
☐ Yes  ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes  ☑ No

If Yes, state the A.C.A. # of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant.

### DNA Sample / Qualifying Offenses
Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.  ☑ Yes  ☐ No

Defendant is ordered to have a DNA sample drawn at
☐ a D.C.C. Facility  ☐ the A.D.C.  ☐ Other

### Drug Crime
Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101.
☑ Yes  ☐ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $150.00 |
| Fines | |
| Booking/Admin Fees ($20) | $20.00 |
| Drug Crime Assessment Fee ($125) | $125.00 |
| DNA Sample Fee ($250) | $250.00 |
| Mandatory Sex Offender Fee ($250) | |
| Public Defender User Fee ($25) | $100.00 |
| Public Defender Attorney Fee | $300.00 |
| Other (explain below) | $0.00 |

Restitution
Payable to [If multiple beneficiaries, give names and payment priority]

Terms
☐ Due Immediately
☑ Installments of: $50 PER MONTH BEG
☑ Payments must be made within 30 days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.
☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.  ☐ Yes  ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction.  ☐ Yes  ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.  ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied  ☐ Yes  ☑ No

| JAIL TIME CREDIT In days: 92 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months: 84  ☐ Life  ☐ LWOP | Death Penalty ☐ Yes ☑ No | If Yes, State Execution Date |

DEFENDANT IS ASSIGNED TO:  ☑ ADC  ☐ CCC  ☐ COUNTY JAIL  ☐ PROBATION  ☐ SIS  ☐ SPECIAL CONDITIONS

Conditions of disposition or probation are attached.  ☐ Yes  ☑ No

A copy of the Pre-sentence investigation on sentencing information is attached  ☐ Yes  ☑ No
A copy of the Prosecutor's Short Report is attached  ☑ Yes  ☐ No

Defendant has previously failed a drug court program

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS  ☐ Yes  ☑ No  Appeal Bond $

The County Sheriff is hereby ordered to :  ☐ transport the defendant to county jail  ☐ take custody for referral to CCC  ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC  ☐ Yes  ☑ No

## Signature

Prosecuting Attorney/Deputy Signature: [signature]
Date: 2-8-19
Print Name: ~~David L. Gibbons~~ Jeff Phillips

Circuit Judge Signature: [signature] William M. Pearson
Date: 2-8-19
Print Name: WILLIAM PEARSON

Additional Info

**Gov Exhibit 2**