**IN THE CIRCUIT COURT OF JOHNSON COUNTY, ARKANSAS**
**FIFTH DISTRICT**
**FIRST DIVISION**

2018 OCT 30  PM 3:55

STATE OF ARKANSAS                                                                   **PLAINTIFF**

V. 36CR- 18- 358

CIRCUIT CLERK
JOHNSON COUNTY, AR

**BYRON ALF LEE**                                                                   **DEFENDANT**

## INFORMATION

Comes the Prosecuting Attorney for the FIFTH District of the FIRST Division of JOHNSON County, Arkansas, and in the name and by the authority of the State of Arkansas, charges **Byron Alf Lee** with the crime(s) of **POSSESSION WITH PURPOSE TO DELIVER (b)(3)** as follows:

**COUNT 1: POSSESSION WITH PURPOSE TO DELIVER (b)(3) ARK. CODE ANN. § 5-64-420b3.** The said defendant in the FIFTH District of the FIRST Division of JOHNSON COUNTY, did unlawfully and feloniously on or about October 9, 2018, knowingly, willfully and unlawfully possess methamphetamine or cocaine, with the purpose to deliver methamphetamine or cocaine to another person in exchange for money or anything of value, said amount to be 10 grams or more but less than 200 grams, the same constituting a Class A Felony, against the peace and dignity of the State of Arkansas.

**NOT TO BE READ TO THE JURY:**
Habitual Offender Status:    The defendant has been convicted of four or more prior felony convictions.

CLASS A FELONY
6-60 YEARS IN JAIL, AND/OR
0-$15,000.00 FINE

There appearing reasonable grounds for believing the alleged offense(s) was committed by defendant, a warrant is therefore prayed for his arrest to be issued by the court.

State of Arkansas

By: _____
David L. Gibbons, Prosecuting Attorney

After a preliminary examination, I have determined that there is probable cause to believe that a crime has been committed and that a warrant should be issued and, accordingly, I hereby endorse this Information.

_____
JUDGE

Subscribed and sworn to me this  30  day of October, 2018.

_____
Circuit Clerk

**Gov Exhibit 3**

# SENTENCING ORDER

IN THE CIRCUIT COURT OF **Johnson** COUNTY, ARKANSAS,
**Fifth** JUDICIAL DISTRICT **1** DIVISION

On **2/8/2019** the Defendant appeared before the Court, was advised of the nature of the charge(s), of Constitutional and legal rights, of the effect of a guilty plea upon those rights, and of the right to make a statement before sentencing.

**FILED 2019 FEB 12 PM 1:05**
JOHNSON COUNTY

## Offender

| Field | Value |
|---|---|
| Defendant [Last, First, MI] | Lee, Byron Alf |
| DOB | [redacted] |
| Sex | ✔ Male / ☐ Female |
| Total Number of Counts | 1 |
| SID# | [redacted] |
| Race & Ethnicity | ✔ White / ☐ Black / ☐ Asian / ☐ Native American / ☐ Pacific Islander / ☐ Other / ☐ Unknown / ☐ Hispanic |

Supervision Status at Time of Offense: 

## Court Info

- Judge: **William M. Pearson**
- Prosecuting Attorney/Deputy: **Jeff Phillips**
- Defendant's Attorney: **SAM EASTMAN** — ☐ Private Appointed / ✔ Public Defender / ☐ Pro Se
- Change of Venue: ☐ Yes ✔ No — If Yes, from:

## Legal Statements

☐ Pursuant to A.C.A. ☐ 16-93-301 et seq., or ☐ _____ this Court, without making a finding of guilt or entering a judgment of guilt and with the consent of the Defendant defers further proceedings and places the Defendant on probation.

There being no legal cause shown by the Defendant, as requested, why judgment should not be pronounced, a judgment:

☐ is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. Defendant was advised of the conditions of the sentence and/or placement on probation and understands the consequences of violating those conditions. The Court retains jurisdiction during the period of probation/suspension and may change or set aside the conditions of probation/suspension for violations or failure to satisfy Department of Community Correction (D.C.C.) rules and regulations.

✔ of conviction is hereby entered against the Defendant on each charge enumerated, fines levied, and court costs assessed. The Defendant is sentenced to the Arkansas Department of Correction (A.D.C.) for the term specified on each offense shown below.

Defendant made a voluntary, knowing and intelligent waiver of right to counsel. ☐ Yes ✔ No

## Offense #1

- A.C.A. # / Name of Offense: **5-64-420b1 - POSSESSION WITH PURPOSE TO DELIVER (b)(1)**
- Case #: **36CR-18-358**
- A.C.A. # Orig. Charge: **5-64-420b3**
- ATN: **JSN004808192**
- Offense was: ☐ Nolle Prossed ☐ Dismissed ☐ Acquitted
- Offense Date: **10/9/2018**
- Appeal from District Court: ☐ Yes ✔ No
- Probation/SIS Revocation: ☐ Yes ✔ No
- Criminal History Score: **4**
- Seriousness Level: **6**
- Offense is: ✔ Felony ☐ Misd. ☐ Violation
- Offense Classification: ☐ Y ☐ A ☐ B ✔ C ☐ D ☐ U
- Presumptive Sentence: ✔ Prison Sentence of **84** to **180** months ☐ Community Corrections Center ☐ Alternative Sanction
- Number of Counts: **1**
- Defendant: ☐ Attempted ☐ Solicited ☐ Conspired to Commit the Offense
- If probation or SIS accompanied by period of confinement, state time: ___ days ___ mths

Defendant Sentence:
- ✔ ADC ☐ Jud Trans ☐ Cnty Jail
- Imposed: **84** months
- Probation: **0** months
- SIS: **0** months
- Other: ☐ Life ☐ LWOP ☐ Death

Sentence was enhanced ___ months, pursuant to A.C.A. ___
Enhancement(s) is to run: ☐ Concurrent ☐ Consecutive

Defendant was sentenced as a habitual offender, pursuant to A.C.A. 5-4-501, subsection ☐ (a) ✔ (b) ☐ (c) ☐ (d)

Victim Information [Multiple Victims]: ✔ N/A / ☐ Yes ☐ No — Age ___ — Sex ☐ Male ☐ Female — Race & Ethnicity: ☐ White ☐ Black ☐ Asian ☐ Native American ☐ Pacific Islander ☐ Other ☐ Unknown ☐ Hispanic

Defendant voluntarily, intelligently and knowingly entered a:
- ✔ negotiated plea of ✔ nolo contendere / ☐ guilty
- ☐ plea directly to the court of ☐ guilty / ☐ nolo contendere

Defendant ☐ 16-93-301 et seq. ☐ Other _____
- ☐ was sentenced pursuant to
- ☐ entered a plea and was sentenced by a jury — ☐ court ☐ jury
- ☐ was found guilty by the court & sentenced by — ☐ court ☐ jury
- ☐ was found guilty at a jury trial & sentenced by — ☐ court ☐ jury
- ☐ was found guilty of lesser offense by

Sentence Departure: ☐ Durational ☐ Dispositional ☐ Both
Sentence is a Departure: ☐ Yes ✔ No ☐ N/A
If Durational, state how many months above/below the Presumptive Sentence: **0**

Departure Reason: Mitigating # ___ or Aggravating # ___ (For Agg #17, Mit #9 or departure from guidelines, explain)

Sentence will run: ☐ Consecutive ✗ Concurrent to Offense # ___ or to Case # **58CR-18-756**, **58CR-18-413**

**Gov Exhibit 3**

Defendant's Full Name:   Lee, Byron Alf

## Special Conditions

### Sex Offenses
Defendant has been adjudicated guilty of an offense requiring sex offender registration and must complete the Sex Offender Registration Form and pay the Mandatory Sex Offender Fee.
☐ Yes  ☑ No

Defendant has committed an aggravated sex offense as defined in A.C.A. 12-12-903
☐ Yes  ☑ No

Defendant is alleged to be a sexually dangerous person and is ordered to undergo an evaluation at a facility designated by A.D.C. pursuant to A.C.A. 12-12-918.
☐ Yes  ☑ No

Defendant has been adjudicated guilty of an offense requiring registration and has previously been adjudicated guilty of a prior sex offense under a separate case number. If yes, list prior case numbers.
☐ Yes  ☑ No   Case Number(s)

### Domestic Violence Offenses
Defendant has been adjudicated guilty of a domestic-violence related offense and must pay additional court costs of $25 under Act 583 of 2017.
☐ Yes  ☑ No

Defendant was originally charged with a domestic-violence related offense.
☐ Yes  ☑ No
If Yes, state the A.C.A. # of the Offense

If Yes to either question, identify the relationship of the victim to the Defendant by offense number.

### DNA Sample / Qualifying Offenses
Defendant has been adjudicated guilty of a qualifying offense or repeat offense as defined in A.C.A. 12-12-1103.   ☑ Yes  ☐ No
Defendant is ordered to have a DNA sample drawn at
☐ a D.C.C. Facility  ☐ the A.D.C.  ☐ Other  ALREADY SUBMITTED

### Drug Crime
Defendant has been adjudicated guilty of a drug crime as defined in A.C.A. 12-17-101.
☑ Yes  ☐ No

## Fines, Fees, Restitution

| | |
|---|---|
| Court Costs | $150.00 |
| Fines | |
| Booking/Admin Fees ($20) | $20.00 |
| Drug Crime Assessment Fee ($125) | $125.00 |
| DNA Sample Fee ($250) | |
| Children's Advocacy Center Fund Fee | |
| Public Defender User Fee ($25) | $100.00 |
| Public Defender Attorney Fee | $300.00 |
| Other (explain below) | $0.00 |

Restitution
Payable to [If multiple beneficiaries, give names and payment priority]

Terms
☐ Due Immediately
☑ Installments of:   $50 PER MONTH BGINNING 30 DAYS AFTER RELEASE
☐ Payments must be made within _____ days of release from A.D.C.
☐ Upon release from confinement, Defendant must return to court to establish payment of restitution.
☐ Restitution is joint and several with co-defendant(s) who was found guilty. List name(s) and case number(s).

## Sentence Options

Defendant was convicted of a target offense(s) and is sentenced pursuant to provisions of the Community Punishment Act.   ☐ Yes  ☑ No
The Court hereby orders a judicial transfer to the Department of Community Correction.   ☐ Yes  ☑ No
Pursuant to Community Punishment Act, the defendant shall be eligible to have his/her records sealed.   ☐ Yes ☑ No

Extended Juvenile Jurisdiction Applied   ☐ Yes  ☑ No

| JAIL TIME CREDIT In days: 122 | TOTAL TIME TO BE SERVED FOR ALL OFFENSES In months: 84  ☐ Life ☐ LWOP | Death Penalty ☐ Yes ☑ No | If Yes, State Execution Date |

DEFENDANT IS ASSIGNED TO:  ☑ ADC   ☐ ADC, Admin. Transfer Authorized   ☐ CCC   ☐ COUNTY JAIL   ☐ PROBATION   ☐ SIS

Conditions of disposition or probation are attached.   ☐ Yes ☑ No
☐ Defendant has previously failed a drug court program

A copy of the Pre-sentence investigation on sentencing information is attached   ☐ Yes ☑ No
A copy of the Prosecutor's Short Report is attached   ☑ Yes ☐ No

DEFENDANT WAS INFORMED OF APPELLATE RIGHTS   ☐ Yes ☑ No   Appeal Bond $

The County Sheriff is hereby ordered to :  ☐ transport the defendant to county jail   ☐ take custody for referral to CCC   ☑ transport to ADC

Defendant shall report to DCC probation officer for report date to CCC   ☐ Yes ☑ No

## Signature

Prosecuting Attorney/Deputy Signature: _[signature]_   Date: 2-8-19   Print Name: Jeff Phillips

Circuit Judge Signature: _William M. Pearson_   Date: 2-8-19   Print Name: William M. Pearson

Additional Info

Gov Exhibit 3

STATE OF ARKANSAS                                                                                               PLAINTIFF)
vs. 36CR-18-358

Byron Lee            W/M    DOB:5-9-90  SS # 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
                                            DEFENDANT)

### ORDER FINDING PROBABLE CAUSE, DETERMINING INDIGENCY, AND SETTING PRETRIAL RELEASE CONDITIONS

On this **10th** day of **October, 2018**, this matter comes for hearing under the provisions of **ARCRP Rules 8.1-8.5 and 9.1-9.6**. The Court, having conducted an informal, non-adversarial hearing, finds that there is probable cause to detain the Defendant who is in the custody of the **5th JUDICAL DRUG TASK FORCE** on the charge(s) of: <u>Possession of a Controlled Substance w/Purpose to Deliver 5-64-420 Class A Felony 10g to <200g Methamphetamine; Possession of Drug Paraphernalia 5-64-443 Class "B" Felony; Criminal Trespass 5-39-203 Class A Misd;</u> pending further proceedings.

✓ 1) You have the right to hire an attorney and have him present prior to and during any interview and questioning by any peace officers or attorneys representing the State. If you cannot afford an attorney, you have the right to request the appointment of an attorney at no cost to you.
✓ 2) You have the right to remain silent.
✓ 3) You are not required to make a statement, and any statement you make can and may be used against you in Court.
✓ 4) You have the right to stop any interview or questioning at any time.

The Court finds that the defendant (is) **(is not)** able to afford an attorney and therefore **(does)** (does not) appoint the Public Defender (Sam Eastman @ 479-880-2020) as counsel for the defendant.

Having considered all relevant factors concerning pre-trial release as set out in **ARCRP Rules 8.4, 8.5, 9.1, and 9.2** the Court sets bail in the amount of **$25,000.00** (cash only) (10/90) **(commercial)** (property) (signature) or (O.R.).

The defendant is hereby ordered to appear in the **JOHNSON COUNTY CIRCUIT COURT** on the **1 Day** of **November, 2018** at 9:00 o'clock A.M. at the **JOHNSON COUNTY COURT HOUSE** located at **215 WEST MAIN STREET**.

**THE FOLLOWING REQUIREMENTS OR RESTRICTIONS ARE IMPOSED AS CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE:**
1. The Defendant shall not commit an offense punishable by incarceration.
2. The Defendant shall not use controlled substances unless prescribed by a physician.
3. The Defendant must stay in contact with his/her attorney, whether privately retained by defendant or court appointed.

**ADDITIONAL CONDITIONS:**
____ 1) The Defendant shall sign the pre-trial release book at the Johnson County Detention Center every Friday.
____ 2) The Defendant shall not communicate with, harass, annoy or be around _____
____ 3) The Defendant shall not go on or around the following location _____
____ 4) The Defendant shall be subject to random drug screening.
____ 5) Other: _____

The failure to comply with any of the above conditions will subject the Defendant to having different or additional conditions imposed, which may include increased bail, or having his/her pretrial release revoked.

IT IS SO ORDERED.

_____William Pea_____
CIRCUIT/DISTRICT JUDGE

I hereby acknowledge receipt of a copy of the foregoing Order and understand the conditions.

10-09-2018                                                    _____
Date of Arrest                                                 DEFENDANT

**Gov Exhibit 3**