1              DECLARATION OF DANIEL WILLENBRING

2      I, Daniel Willenbring, declare as follows:

3      1.   I, Daniel Willenbring, am employed as a Drug Science

4  Specialist in the Diversion Control Division at the Drug Enforcement

5  Administration and have held this position since 2013. My educational

6  background includes a bachelor's degree in Chemistry and in Computer

7  Science from the University of St. Thomas, a Ph.D. degree in organic

8  chemistry from the University of California at Davis, and over three

9  years of postdoctoral experience at the University of Pittsburgh in

10  the Department of Anesthesiology. I have authored or co-authored

11  numerous scientific publications. I have testified as an expert

12  witness in federal courts over 20 times.

13      2.   My primary duties include collecting and evaluating

14  scientific information to support scheduling actions for drugs of

15  abuse and chemical controls for drug precursors under the Controlled

16  Substances Act (CSA). I interpret, summarize and distribute

17  scientific information to public health and law enforcement agencies

18  and provide testimony as a subject matter expert. I also provide

19  scientific interpretations of the CSA to support enforcement actions

20  and determine the control status of chemical substances.

21      3.   I have analyzed the chemical structures of thousands of

22  substances to determine whether they are listed or defined as

23  controlled substances under the CSA.

24      4.   Methamphetamine is listed by name as a Schedule II

25  controlled substance under the CSA and it is assigned the Controlled

26  Substances Code Number (CSCN) 1105. Salts, optical isomers, and salts

27  of optical isomers of methamphetamine are defined under the same

28  section of the CSA, and assigned the same CSCN as methamphetamine.

**Gov Exhibit 4**                 GEX 84                          Gamboa_0041

1    5.   Methamphetamine can exist in one of two possible optical
2    isomeric forms. Both forms, and any mixture of these forms, are
3    controlled as Schedule II controlled substances under the CSA. Many
4    salts of these two isomers of methamphetamine are possible, and all
5    of these salts are also controlled as Schedule II controlled
6    substances under the CSA.
7    6.   Generally, geometric isomers exist when molecules have
8    identical atomic organizations but different geometries around a
9    rigid portion of the molecules, usually a double bond or a ring.
10   7.   Based on an analysis of the chemical structure of
11   methamphetamine, geometric isomers are not possible for this
12   substance. Methamphetamine does not contain any chemical
13   functionality or combination of chemical functionality that would
14   permit a geometric isomer of methamphetamine. There are no geometric
15   isomers of methamphetamine.
16   I declare under penalty of perjury under the laws of the United
17   States of America that the foregoing is true and correct and that
18   this declaration is executed at Arlington, Virginia, on September 25,
19   2018.

20
21   _____
     Daniel Willenbring
22
23
24
25
26
27
28

**Gov Exhibit 4**               Gamboa_0042

# Daniel Willenbring

## Education

| | |
|---|---|
| **PhD, Organic Chemistry** *University of California at Davis* | 09/2008 |
| **BA, Quantitative Methods and Computer Science** *University of St. Thomas* | 06/2003 |
| **BA, Chemistry** (double major) *University of St. Thomas* | 06/2003 |

## Professional Experience

**Drug Science Specialist** *Drug Enforcement Administration*, Arlington, VA     01/2013–present
· Collect and evaluate scientific information to support scheduling actions for drugs of abuse and chemical controls for drug precursors under the Controlled Substances Act (CSA)
· Interpret, summarize and distribute scientific information to public health and law enforcement agencies and provide testimony as a subject matter expert
· Provide a scientific interpretation of the CSA to support enforcement actions and determine the control status of chemical substances

**Research Associate** *Wolfe Laboratories*, Watertown, MA     05/2012–01/2013
· Developed analytical methods for the analysis of drug substances

**Adjunct Faculty** *Mount Ida College*, Newton, MA     08/2011–12/2011
· Developed classroom and laboratory curriculum for undergraduate courses, General Chemistry I and Fundamentals of Chemistry

**NIH Postdoctoral Fellow** *University of Pittsburgh*, Pittsburgh, PA     09/2008–03/2012
· Simulated ion channel proteins in the presence of general anesthetic drugs to further the understanding of how these substances impact the central nervous system
· Drove the discovery of new pain drugs with screening and optimization of compound libraries against recently verified ion-channel targets
· Facilitated geographically disparate collaborations between clinical, experimental, and computational researchers to study pain drugs and general anesthetics

**Head Teaching Assistant** *University of California at Davis*, Davis, CA     01/2005–03/2005
· Led laboratory sections and coordinated a team of teaching assistants for an undergraduate organic chemistry course

**Teaching Assistant** *University of California at Davis*, Davis, CA     09/2003–12/2004
· Led laboratory and recitation sections for organic chemistry courses

**Graduate Student Researcher** *University of California at Davis*, Davis, CA     06/2003–09/2008
· Performed quantum mechanical calculations to improve the utility of synthetic organic reactions based on mechanistic understanding
· Calculated physical properties and conducted virtual screening to improve the diversity and pharmacokinetic properties of proposed libraries of drug candidates

**Undergraduate Student Researcher** *University of St. Thomas*, St. Paul, MN     01/2002–03/2003
· Designed and synthesized small organic chemicals

**Gov Exhibit 4**     GEX 86     Gamboa_0043

## Publications

MW Lodewyk, D Willenbring, DJ Tantillo, "Pentalenene formation mechanisms redux", *Org Biomol Chem*, **2014**, *12*, 887–894

DD Mowrey, MH Cheng, LT Liu, D Willenbring, X Lu, T Wymore, Y Xu, P Tang, "Asymmetric ligand binding facilitates conformational transitions in pentameric ligand-gated ion channels", *J Am Chem Soc*, **2013**, *135*, 2172–2180

HB Wedler, SR Cohen, RL Davis, JG Harrison, MR Siebert, D Willenbring, CS Hamann, JT Shaw, DJ Tantillo, "Applied computational chemistry for the blind and visually impaired", *J Chem Educ*, **2012**, *89*, 1400–1404

J Pan, Q Chen, D Willenbring, D Mowrey, X-P Kong, A Cohen, CB Divito, Y Xu, P Tang, "Structure of the pentameric ligand-gated ion channel GLIC bound with anesthetic ketamine", *Structure*, **2012**, *20*, 1463–1469

W Xiong, T Cui, K Cheng, F Yang, S-R Chen, D Willenbring, Y Guan, H-L Pan, K Ren, Y Xu, L Zhang, "Cannabinoids suppress inflammatory and neuropathic pain by targeting $\alpha 3$ glycine receptors", *J Exp Med*, **2012**, *209*, 1121–1134

J Pan, Q Chen, D Willenbring, K Yoshida, T Tillman, OB Kashlan, A Cohen, X-P Kong, Y Xu, P Tang, "Structure of the pentameric ligand gated ion channel ELIC cocrystallized with its competitive antagonist acetylcholine", *Nat Commun*, **2012**, *3*, 714

D Willenbring, LT Liu, D Mowrey, Y Xu, P Tang, "Isoflurane alters the structure and dynamics of GLIC", *Biophys J*, **2011**, *101*, 1905–1912

D Willenbring, Y Xu, P Tang, "The role of structured water in mediating general anesthetic action on $\alpha 4 \beta 2$ nAChR", *Phys Chem Chem Phys*, **2010**, *12*, 10263–10269

D Mowrey, EJ Haddadian, LT Liu, D Willenbring, Y Xu, P Tang, "Unresponsive correlated motion in $\alpha 7$ nAChR to halothane binding explains its functional insensitivity to volatile anesthetics", *J Phys Chem B*, **2010**, *114*, 7649–7655

LT Liu, EJ Haddadian, D Willenbring, Y Xu, P Tang, "Higher susceptibility to halothane modulation in open- than in closed-channel $\alpha 4 \beta 2$ nAChR revealed by molecular dynamics simulations", *J Phys Chem B*, **2010**, *114*, 626–632

LT Liu, D Willenbring, Y Xu, P Tang, "General anesthetic binding to neuronal $\alpha 4 \beta 2$ nicotinic acetylcholine receptor and its effects on global dynamics", *J Phys Chem B*, **2009**, *113*, 12581–12589

RD Carpenter, PB DeBerdt, JB Holden, KA Milinkevich, T Min, D Willenbring, JC Fettinger, DJ Tantillo, MJ Kurth, "Design and synthesis of propeller-shaped dispiroisoxazolinopiperidinochromanones", *J Comb Chem*, **2008**, *10*, 225–229

D Willenbring, DJ Tantillo, "Mechanistic possibilities for oxetane formation in the biosynthesis of taxol's D ring", *Russian Chem J (Rossiiskii Khimicheskii Zhurnal)*, **2007**, *51*, 49–55, invited paper

MH El-Badri, D Willenbring, DJ Tantillo, J Gervay-Hague, "Mechanistic studies on the stereoselective formation of $\beta$-mannosides from mannosyl iodides using $\alpha$-deuterium kinetic isotope effects", *J Org Chem*, **2007**, *72*, 4663–4672

N Pedemonte, ND Sonawane, A Taddei, J Hu, O Zegarra-Moran, YF Suen, LI Robins, CW Dicus, D Willenbring, MH Nantz, MJ Kurth, LJV Galietta, AS Verkman, "Phenylglycine and sulfonamide correctors of defective $\Delta F508$ and G551D cystic fibrosis transmembrane conductance regulator chloride-channel gating", *Mol Pharmacol*, **2005**, *67*, 1797–1807

CW Dicus, D Willenbring, MH Nantz, "Synthesis of $^{13}C_1$-pinonaldehyde", *J Labelled Compd Radiopharm*, **2005**, *48*, 223–229

**Gov Exhibit 4**                        GEX 87

Gamboa_0044

# Selected Presentations

D Willenbring, LT Liu, Y Xu, P Tang, "Isoflurane Alters the Structure and Dynamics of GLIC", 9th Annual Safar Symposium, Pittsburgh, PA **2011**

D Willenbring, LT Liu, Y Xu, P Tang, "Isoflurane Perturbs Intersubunit Interactions in GLIC", 58th Annual meeting of the Association of University Anesthesiologists, Philadelphia, PA **2011**

D Willenbring, LT Liu, Y Xu, P Tang, "Binding of Isoflurane to GLIC Alters the Structure and Dynamics of the Protein", 55th Annual meeting of the Biophysical Society, Baltimore, MD **2011**

J Pan, Q Chen, CB Divito, K Yoshida, T Tillman, D Willenbring, J Sampson, X-P Kong, A Cohen, S Amara, Y Xu, P Tang, "Crystal structures of a bacterial ligand-gated ion channel co-crystallized with general anesthetics", 68th Annual Pittsburgh Diffraction Conference, Pittsburgh, PA **2010**

D Willenbring, Y Xu, P Tang, "Interactions of volatile anesthetic isoflurane with a bacterial ligand-gated ion channel", 8th Annual Safar Symposium, Pittsburgh, PA **2010**

DD Mowrey, LT Liu, D Willenbring, EJ Haddadian, Y Xu, P Tang, "Why is $\alpha4\beta2$ nAChR more sensitive to volatile anesthetics than $\alpha7$ nAChR?". 54th Annual meeting of the Biophysical Society, San Francisco, CA **2010**

D Willenbring, Y Xu, P Tang, "Volatile anesthetic modulation of dynamic structure of water in $\alpha4\beta2$ nicotinic acetylcholine receptor", Oral presentation at the 238th National Meeting of the ACS, Washington, DC **2009**

D Willenbring, Y Xu, P Tang, "Migration of hydration: How do anesthetics modulate the dynamic structure of water?", Invited plenary lecture at the 7th Annual Safar Symposium, University of Pittsburgh, Pittsburgh, PA **2009**

D Willenbring, DJ Tantillo, "Histidine and cations: Probing the perfect pairing on the pathway to pentalenene", R. Bryan Miller Symposium, Davis, CA **2008**

D Willenbring, DJ Tantillo, "Mechanistic possibilities for oxetane formation in the biosynthesis of taxol's D ring", 41st Western Regional Meeting of the ACS, San Diego, CA **2007**

D Willenbring, DJ Tantillo, "Mechanistic possibilities for oxetane formation in the biosynthesis of taxol's D ring", SYLICCO.07 Symposium, Davis, CA **2007**

D Willenbring, DJ Tantillo, "Mechanistic investigation using density functional theory: the reactions of glycosyl iodides with oxa- and thiocycloalkanes", 232nd National Meeting of the ACS, San Francisco, CA **2006**

D Willenbring, JT Ippoliti, "Synthesis of hole transporting agents", National Conference on Undergraduate Research, Salt Lake City, UT **2003**

# Awards and Funding

| | |
|---|---|
| Best Poster Award (Anesthesiology), 9th Annual Safar Symposium | 2011 |
| Ruth L. Kirschstein National Research Service Award, NIH (T32GM075770) | 2008–2012 |
| Startup allocation grant, National Science Foundation's TeraGrid (MCB100047) | 2010 |
| Bradford Borge Graduate Fellowship, University of California at Davis | 2003–2006 |
| Young Scholars Research Grant, University of St. Thomas | 2003 |

# Other Activities

| | |
|---|---|
| Reviewer for The Journal of Physical Chemistry | |
| Category judge at Pittsburgh Regional Science & Engineering Fair | 2009–2011 |

**Gov Exhibit 4**                                              GEX 88                                              Gamboa_0045