**U.S. Department of Justice**

**Drug Enforcement Administration**



**Schedule of Controlled Substances: Removal of [123I]Ioflupane from Schedule II
of the Controlled Substances Act: Background, Data, and Analysis:
Eight Factors Determinative of Control
and Findings Pursuant to 21 U.S.C. 812(b)**

**Prepared by**

**Office of Diversion Control, Drug and Chemical Evaluation Section
Washington, D.C.  20537**

**April 2015**

**Gov Exhibit 5**

## I.  Background

DaTscan[TM] is a single-dose, injectable diagnostic radiopharmaceutical for use in hospital settings with specialized gamma cameras.  It was developed as a diagnostic tool for visualization of dopamine transporters (DAT) by using single photon emission computed tomography (SPECT) brain imaging.  The Food and Drug Administration (FDA) approved the New Drug Application (NDA) for DaTscan[TM] on January 14, 2011 for the indication of visualizing striatal DATs in the brains of adult patients with suspected Parkinsonian syndromes (PS).  [123I]Ioflupane is the active pharmaceutical ingredient (API) in DaTscan[TM] and it is a new molecular entity.  The starting material for the synthesis of [123I]ioflupane is *N*-nor-β-CIT (2β-carbomethoxy-3β-(4-iodophenyl)nortropane) which is derived from cocaine, a Schedule II substance, via ecgonine (a Schedule II substance).  However, [123I]ioflupane is,  by definition, a schedule II controlled substance because it is derived from cocaine, a schedule II substance, via ecgonine (a schedule II substance) under the Controlled Substances Act (CSA).

The Department of Health Human Services (HHS) states that the [123I]ioflupane in DaTscan[TM] is used to evaluate and diagnose adult patients exhibiting Parkinsonian syndromes. Each vial of DaTscan[TM] contains 0.325 micrograms (μg) of [123I]ioflupane per 2.5 milliliters (ml).  The average and maximum amounts of non-radioactive ioflupane in each DaTscan[TM] vial are estimated to be between 0.21 μg and 0.31 μg.  Although ioflupane, the non-radiolabeled API of the DaTscan[TM], binds to DAT and elicits behavioral effects similar to that of cocaine, based upon the available information and DaTscan[TM]'s  unique formulation-specific properties, DaTscan[TM] itself presents no practical possibility of abuse, misuse, diversion or clandestine production.  In clinical trials, the [123I]ioflupane contained in DaTscan[TM] did not produce pharmacological effects associated with Schedule II stimulants such as cocaine and methamphetamine.  The dose of [123I]ioflupane to produce behavioral or recreational effect in humans is unknown.

According to HHS, it is estimated that nearly 6,000 vials of [123I]ioflupane-containing DaTscan[TM] need to be injected to produce "subjective high" in humans.  This amounts to 15 liters of fluid, a volume likely to cause death if administered intravenously (i.v.).

According to HHS, the handling and distribution of [123I]ioflupane containing DaTscan[TM] will be limited to nuclear medicine departments or radiopharmacies and very restricted because of the radioactivity associated with [123I]ioflupane.  Both nuclear medicine departments and radiopharmacies are highly regulated by multiple federal, state and local regulating agencies.

DaTscan[TM] will only be distributed to a site that patients have been scheduled for imaging procedure.  The manufacturing of [123I]ioflupane-containing products such as DaTscan[TM] will be done based on orders received on the previous day, due to the short half-life of [123I]ioflupane, which is 13.2 hours, and it is done just prior to the shipping.  This property of

**Gov Exhibit 5**

short half-life also will prevent storage of [$^{123}$I]ioflupane at either the manufacturing site or, radiopharmacy; thereby, limiting the diversion or misuse.

According to HHS, [$^{123}$I]ioflupane containing DaTscan$^{TM}$ was approved in the European Union in July 2000 and has already been authorized for use in 32 countries, outside the United States.  In these countries with approved usage, [$^{123}$I]ioflupane containing DaTscan$^{TM}$ has been used for diagnosing and treatment management of patients experiencing dementia and movement disorders.   On November 2, 2010, the HHS provided to the Drug Enforcement Administration (DEA) a scientific and medical evaluation entitled "Basis for the Recommendation to Remove FDA Approved Products Containing [$^{123}$I]Ioflupane from Schedule II of the Controlled Substances Act (CSA)" and recommended decontrol of the finished, labeled FDA-approved products that contain [$^{123}$I]ioflupane.

The CSA requires DEA to determine whether the HHS' scientific and medical evaluation and scheduling recommendation and all other relevant data constitute substantial evidence that the substance should be scheduled [21 U.S.C. § 811(b)].  By letter dated February 2, 2015, the HHS provided detailed response to specific inquiries from the DEA (submitted by letter dated September 16, 2014).  Upon further review of all of the available information, the DEA completed its own eight-factor review on FDA-approved diagnostic product containing [$^{123}$I]ioflupane  (currently, only DaTscan$^{TM}$) pursuant to 21 U.S.C § 811(c).  The FDA-approved diagnostic product, DaTscan$^{TM}$, was used as the basis for the scientific and medical evaluation of FDA-approved diagnostic products containing [$^{123}$I]ioflupane for both the HHS and DEA eight-factor analysis.  This document contains an explanation of the relevant data that DEA considered, is a summarized review of the relevant data, law enforcement information and provides a determination to remove [$^{123}$I]ioflupane from control under the CSA.

The information contained in this document is organized according to the eight factors as specified in 21 U.S.C. § 811(c).

## II.  Eight Factors Determinative of Control

### Factor 1.  Its Actual or Relative Potential for Abuse

According to the HHS document, "abuse" is not defined in the CSA.  However, the legislative history of the CSA suggests that using the following criterion in determining whether a particular drug or substance has a potential for abuse[1]:

---

[1] Comprehensive Drug Abuse Prevention and Control Act of 1970, H.R. Rep. No. 91-1444, 91st Cong., Sess. 1 (1970); 1970 U.S.C.C.A.N. 4566, 4601.

**Gov Exhibit 5**

    i. There is evidence that individuals are taking the drug or other substance in amounts sufficient to create a hazard to their health or to the safety of other individuals or to the community; or

   ii. There is significant diversion of the drug or substance from legitimate drug channels; or

  iii. Individuals are taking the drug or other substance on their own initiative rather than on the basis of medical advice from a practitioner licensed by law to administer such drugs; or

  iv. The drug is a new drug so related in its action to a drug or other substance already listed as having a potential for abuse to make it likely that the drug or other substance will have the same potential for abuse as such drugs, thus making it reasonable to assume that there may be significant diversion from legitimate channels, significant use contrary to or without medical advice, or that it has a substantial capability of creating hazards to the health of the user or to the safety of the community.

     HHS used these four criteria in determining the abuse potential of DaTscan[TM].  In evaluating the data specific to the four criteria, it was determined that DaTscan[TM] lacks abuse or misuse potential and has no possibility of diversion or clandestine production due to its unique properties.  HHS points out that though the non-radiolabeled ioflupane does produce behavioral effects in animals which are similar to cocaine, in clinical studies DaTscan[TM] did not produce any pharmacological effects associated with abused stimulants, such as cocaine (CII) and methamphetamine (CII).

    *i.*     *There is evidence that individuals are taking the drug or other substance in amounts sufficient to create a hazard to their health or to the safety of other individuals or to the community.*

     According to HHS, there are no data demonstrating that individuals are administering quantities of DaTscan[TM] sufficient to create a hazard to their health or to the safety of other individuals or to the community.  Though non-radiolabeled ioflupane elicits behavioral effects in animals, the doses required to produce behavioral effects in humans is unknown.  In the HHS scientific review, it was mentioned that DaTscan[TM] due to its low concentrations of [[123]I]ioflupane lacked central nervous activity (CNS) in clinical studies.

     HHS noted that the Sponsor of the NDA on the basis of DAT occupancy data estimated the dose of DaTscan[TM] required to produce a subjective "high" in humans from exposure to [[123]I]ioflupane  in DaTscan[TM] and indicated that an individual would have to inject nearly 6,000 vials of the labeled product. The volume of 6,000 vials is about 15 liters (L) of fluid, an amount that would be lethal if administered i.v.  The radioactive property of [[123]I]ioflupane in diagnostic products such as DaTscan[TM], due to its short-half life (radioactive decay), will prevent its storage for future use at either the manufacturing site or radiopharmacy; thereby limiting the amount for diversion.

**Gov Exhibit 5**

ii.     *There is significant diversion of the drug or other substance from legitimate drug channels.*

There has been no demonstrated diversion of [123I]ioflupane.  Further, according to HHS, it is highly unlikely that [123I]ioflupane or [123I]ioflupane-containing products such as DaTscan™ will be diverted in the U.S due to small batch manufacturing, inability to store [123I]ioflupane for long periods of time, and current regulatory guidelines by state and federal governments for transportation, storage and disposal of radioactive materials.

Since each vial of DaTscan™ is manufactured to order based on physicians' prescriptions, the batch size will be small and manufactured daily just prior to its shipment. Therefore, the labeled DaTscan™ formulation will not be stored as inventory at either the manufacturing site or the hospital or radiopharmacy, thereby substantially limiting the possibility of diversion and abuse.  Further, the radioactivity with [123I]ioflupane in DaTscan™ limits the storage life of this product to 24 hours and storage longer than this time period is not possible.

The handling and availability of [123I]ioflupane-containing products such as DaTscan™ in the U.S. will be strictly regulated by the federal and state statutes due to the radioactivity in the product.  As a result, trade will be limited to licensed radiopharmacies with a valid prescription.  Further the transportation, storage, and disposal of radioactive materials are subject to additional federal and state regulations.

These data collectively indicate that short half-life, manufacturing limits, current restrictions regarding the distribution, handling, and disposal will limit the potential for diversion of [123I]ioflupane-containing products such as DaTscan™ from legitimate drug channels.  In agreement with this, a search of the National Forensic Laboratory Information System (NFLIS)[2], the System to Retrieve Information from Drug Evidence (STRIDE)[3], and STARLiMS[3] databases revealed no evidence of diversion of DaTscan™.

iii.    *Individuals are taking the drug or other substance on their own initiative rather than on the basis of medical advice from a practitioner licensed by law to administer such substances.*

According to HHS, there are no case reports or data indicating that individuals are using [123I]ioflupane-containing products such as DaTscan™ on their own initiative rather than on the

---

[2] NFLIS is a program of the DEA that collects drug identification results from drug cases analyzed by other Federal, State, and local forensic laboratories.  NFLIS was queried on 04/16/2015.
[3] STRIDE collected the results of drug evidence analyzed at DEA laboratories and reflects evidence submitted by the DEA, other Federal law enforcement agencies, and some local law enforcement agencies.  STRIDE data were queried by date submitted to Federal forensic laboratories. On October 1, 2014, STARLiMS replaced STRIDE as the DEA laboratory drug evidence data system of record.

**Gov Exhibit 5**

basis of medical advice from a practitioner licensed by law to administer such substances. [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$ can only be administered by medical personnel and not by individual patients.  Due to the radioactivity  associated with [$^{123}$I]ioflupane and [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$, the availability of the labeled formulation is limited and special certifications are required by handlers of [$^{123}$I]ioflupane  and [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$.

iv.     *The drug is a new drug so related in its action to a drug or other substance already listed as having a potential for abuse to make it likely that it will have the same potential for abuse as such substance, thus making it reasonable to assume that there may be significant diversions from legitimate channels, significant use contrary to or without medical advice, or it has a substantial capability of creating hazards to the health of the user or safety of the community.*

According to HHS, non-radiolabeled ioflupane acts on the central nervous system by blocking monoamine transporters, including DAT and other monoamine transporters and is mechanistically similar to cocaine.  Ioflupane's affinity for DAT is between 10- and 100-fold greater than cocaine's affinity for DAT.  As indicated by HHS and reported by Volkow et al (1997), it is approximated that at least 47% of DATs in the brain would have to be occupied in order to produce a subjective effect in humans.  Further, the Sponsor of the NDA estimated that an individual would have to inject nearly 6,000 vials or 15 liters of [$^{123}$I]ioflupane-containing DaTscan$^{TM}$ to achieve a subjective effect in humans.  As a result, HHS concluded that the low amount of [$^{123}$I]ioflupane in DaTscan$^{TM}$ would make abuse of this product impossible.

<u>Summary</u>

In summary, there have been no case reports indicating that [$^{123}$I]ioflupane or [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$ is being misused or abused.  To date, there have been no reports of diversion of [$^{123}$I]ioflupane or [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$.  It is highly unlikely that [$^{123}$I]ioflupane or [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$ will be diverted and abused due to the limited production and availability, radioactivity, tight regulations on handling and distribution, lethality, and short half-life.  It is highly unlikely that individuals will administer [$^{123}$I]ioflupane  or [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$ on their own initiative since products such as DaTscan$^{TM}$ has (or will have) a very dilute and small dose of [$^{123}$I]ioflupane, contains radioactivity and can only be administered by a licensed medical professional.  Due to the limited production of [$^{123}$I]ioflupane  by a highly technical and complex synthetic route which requires specialized equipment, [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$ are unlikely to have significant capability of creating hazards to the health of user or to the safety of the community.

**Gov Exhibit 5**

**Factor 2.  Scientific Evidence of its Pharmacological Effects**

[$^{123}$I]Ioflupane is the active pharmaceutical ingredient (API) in DaTscan$^{TM}$ and HHS reviewed in vitro and in vivo animal pharmacological studies (preclinical studies) with ioflupane. For humans, [$^{123}$I]ioflupane-containing DaTscan$^{TM}$-specific clinical trials were available and reviewed by HHS.  It was noted by HHS that the amount of [$^{123}$I]ioflupane in DaTscan$^{TM}$ is less than the amount that would result in any observable pharmacological effect which was supported by the findings in the human clinical trials.

***In Vitro and Preclinical Studies***

According to HHS, DaTscan$^{TM}$ blocks monoamine transporters, such as DAT and other monoamine transporters such as serotonin transporters.  Ioflupane, the API in DaTscan$^{TM}$, was demonstrated to have an affinity to DAT that was approximately 10- and 100-fold greater than cocaine in rodent brain homogenates or in cells transfected with rat DAT (Neumeyer et al., 1996; Okada et al., 1998; Scheffel et al., 1997).

HHS reported that non-radiolabeled ioflupane at doses $\geq$ 0.1 mg/kg, i.v was able to substitute for cocaine in cocaine-trained rats (10 mg/kg, intraperitoneal administration) using a drug discrimination protocol which is predictive of subjective behavioral effects in humans.   It was also reported by HHS and cited by Neumeyer et al (1994) that administration of non-radiolabeled ioflupane resulted in an increase of locomotor activity in rodents relative to vehicle and this effect was consistent with a separate group of animals that were administered cocaine. However, it was concluded that ioflupane was less potent than cocaine in increasing locomotor activity, but that ioflupane's effects were of a longer duration.

<u>Summary</u>
Although the mechanism of action of ioflupane is similar to other drugs of abuse, [$^{123}$I]ioflupane or [$^{123}$I]ioflupane-containing products such as DaTscan$^{TM}$ will not have the potential of abuse due to radioactivity of [$^{123}$I]ioflupane, the regulated manufacturing and distribution of associated with [$^{123}$I]ioflupane and [$^{123}$I]ioflupane-containing products, and the amount of [$^{123}$I]ioflupane in DaTscan$^{TM}$.

According to HHS, although [$^{123}$I]ioflupane, the radiolabelled version, would be expected to have a pharmacological profile nearly identical to its non-radioactive form, its unique properties (e.g., manufacturing limits and radioactive properties) pose a numerous logistical barriers for its abuse.   Furthermore, the amount of [$^{123}$I]ioflupane in DaTscan$^{TM}$ is significantly less than the amounts of ioflupane used to elicit the pharmacological changes in preclinical studies with this compound.

**Gov Exhibit 5**

*Human Studies*

HHS reviewed data from eight clinical trials involving 942 subjects and nine years of post-approval use in Europe, and found that there was not any clinical evidence of pharmacological effects resulting from DaTscan™ administration. DaTscan™ is not controlled as a drug of abuse in 32 countries in which it is approved. The maximum dose of [123I]ioflupane in DaTscan™ that is administered to the patient prior to undergoing an imaging procedure is 0.325 µg (0.13 µg/ml). HHS extrapolated from the locomotor study and drug discrimination study on non-radiolabeled ioflupane and estimated that the lowest active dose of DaTscan™ for a 60 kg (132.2 lb) human would be 288 µg or 886 vials of DaTscan™. In addition, the recreational dose of DaTscan™ as 1921 µg or 5,910 vials. According to HHS, both the lowest active dose and the recreational doses of DaTscan™ are expected to be lethal due to the injection of high volume and the lethal effects of non-API constituents such as acetic acid and sodium acetate. The Sponsor states that injection of large amounts of DaTscan™ may result in several chronic health consequences such as colon and thyroid cancers.

HHS further clarified these recreation dose calculations and analysis in an updated correspondence with DEA (HHS, 2015). According to findings reported by Booij et al (1998) and as reported by HHS, nine percent of an injected dose of [123I]ioflupane distributes to the brain. The striatum is 1.87% of the brain volume and the initial distribution would be proportional to its relative volume resulting in a distribution of 0.168% of the injected [123I]ioflupane to the striatum (Booij et al., 1998). In DaTscan™, there is 0.325 µg of [123I]ioflupane per dose and HHS reported that only 0.547 ng of [123I]ioflupane (0.325 µg x 0.168% = 0.547 ng) would distribute to the DAT located in the striatum. HHS further states that 0.00795 percent of the available DAT would be occupied following injection of 1 vial of DaTscan™. In order to feel a "high", at least 47 percent of the DATs must be occupied as reported by Volkow et al (1997). Therefore, 1921 µg or 5910 vials of DaTscan™ are needed to result in a pharmacological response from ioflupane that is comparable to the lowest abusable dose of cocaine (HHS, 2015).

**Factor 3. The State of Current Scientific Knowledge Regarding the Drug or other Substance.**

**Chemistry**

The international non-proprietary name of [123I]ioflupane is methyl(1R, 2S, 3S, 5S)-8-(3-fluoropropyl)-3-(4-[123I]iodophenyl)-8-azabicyclo[3,2,1] octane-2-carboxylate. The molecular formula of [123I]ioflupane is $C_{18}H_{23}F[^{123}I]NO_2$ and the molecular weight is 427.28 g/mol. DaTscan™ consisting of [123I]ioflupane is a clear, colorless solution and is only present in a solution of ethanol and sodium acetate buffer. Non-radioactive ioflupane is a white solid with a

8

melting point of $83°$C to $87°$C and soluble in water (less than 0.1 mg/ml), sodium acetate buffer (pH 7.4; 16 mg/ml), and ethanol (27 mg/ml).

HHS states that the meaningful extraction of [$^{123}$I]ioflupane from DaTscan$^{TM}$ would be impossible due to its limited production and availability and it is technically complex and would require advanced equipment not available to the general public.  Importantly, if extraction of ioflupane from [$^{123}$I]ioflupane is performed, the ioflupane would be subject to schedule II controls under the CSA.  According to HHS, the retrosynthesis of DaTscan$^{TM}$ to cocaine and ecgonine would be difficult.  Production of DaTscan$^{TM}$ is technically complex as it requires specialized equipment, facilities, scientific training and expertise.  HHS indicated that the non-radiolabeled precursors needed for the synthesis of [$^{123}$I]ioflupane (and DaTscan$^{TM}$) are abusable. In addition, the non-radiolabeled precursors derived from cocaine or ecgonine are also schedule II controlled substance.  However, even if an individual obtained the precursors, it is impractical and highly unlikely that they would synthesize the abusable compound into a radiolabeled formulation with a limited storage life that is not desired by drug users.

In an updated correspondence with DEA, HHS (HHS, 2015) indicated that the iodine in [$^{123}$I]ioflupane undergoes decay and results in formation of Tellurium-$^{123}$ and tellurium is a rare metallic element.  HHS is not aware of any tellurium-containing products where exposure results in neurological changes or abuse.  Further, HHS stated that following radioactive decay of [$^{123}$I]ioflupane, the tellurium-containing product contains small quantities of minor trace level components and is considered radioactive and biological waste and would be disposed by incineration.

On January 14, 2011, FDA approved the New Drug Application (NDA) for DaTscan$^{TM}$ with the indication of visualizing striatal dopamine transporters (DAT) in the brains of adult patients with suspected Parkinsonian syndromes (PS) using SPECT imaging.  As such, any FDA-approved diagnostic products containing [$^{123}$I]ioflupane has a currently accepted medical use in the United States.

**Factor 4.  Its History and Current Pattern of Abuse**

According to HHS, there have been no reports of abuse of [$^{123}$I]ioflupane.  Over 168,000 doses of DaTscan$^{TM}$ have been administered to patients worldwide and no pharmacological effects have been noted.  Further, according to HHS, no single user received more than 10 vials of DaTscan$^{TM}$ in a single day even though 48,000 vials were sold in Europe in 2008.  It is estimated that the 50-100 vials will be manufactured per day for the U.S. market.  The additional regulation of the production of [$^{123}$I]ioflupane due its radioactivity poses additional control mechanisms by the NRC and other federal agencies on the handling and use of DaTscan$^{TM}$, further limiting the probability of it being abused (HHS review, 2010).

**Gov Exhibit 5**

**Factor 5.  The Scope, Duration, and Significance of Abuse**

According to HHS since there is no current or past history of abuse of [$^{123}$I]ioflupane,  the scope, duration, and significance of abuse of [$^{123}$I]ioflupane do not exist.

DEA has searched the scientific literature and the Federal, state, and local forensic laboratory databases such as NFLIS, STRIDE, and STARLiMS to assess the scope of [$^{123}$I]ioflupane  abuse in the United States.  There had been no reports of [$^{123}$I]ioflupane seizures during the time period of January 2010 – February 2015.

**Factor 6.  What, If Any, Risk there is to the Public Health**

According to the HHS, because of the limited amounts of manufacturing of DaTscan$^{TM}$, the low concentration of [$^{123}$I]ioflupane per vial, and the existence of stringent regulatory controls (controls other than those imposed by the CSA and its implementing regulations, including regulation by the United States Nuclear Regulatory Commission under 10 CFR Part 35 and or by states) [4] on the manufacturing and handling of DaTscan$^{TM}$, abuse of DaTscan$^{TM}$ is not possible as a practical matter.  Thus there is little to no practical risk to public health from DaTscan$^{TM}$ abuse.  There are regulations which limit the public's exposure to the radioactivity in radiopharmaceuticals, thus limiting the toxicity imposed on the public.

**Factor 7.  Its Psychic or Physiological Dependence Liability**

As reviewed by HHS, non-radiolabeled ioflupane has cocaine-like properties.  In a drug discrimination study in cocaine-trained rats, non-radiolabeled ioflupane produced cocaine-appropriate responding, which suggests that non-radiolabeled may produce cocaine-like subjective effects in humans (HHS, 2010).  Non-radiolabeled ioflupane also results in an increase of locomotor activity in rodents relative to vehicle.  The increase in locomotor activity was lower than that produced by cocaine (Neumeyer et al., 1994).

However, the available evidence suggests that there is no psychic or physiological dependence potential of FDA-approved diagnostic products containing[$^{123}$I]ioflupane.   The psychic or physiological dependence potential of FDA-approved diagnostic products is currently expected to be very limited due to the low exposure concentrations of [$^{123}$I]ioflupane, the aforementioned low potential for abuse (see Factor 1) and the extremely high and lethal quantities needed to achieve a subjective "high".

---

[4] There are Federal and state laws and regulations which limit the public's exposure to radioactivity in radiopharmaceuticals, thus limiting the potential for toxicity imposed on the public.

**Gov Exhibit 5**

**Factor 8.  Whether the Substance Is an Immediate Precursor of a Substance Already Controlled**

[123I]Ioflupane is not an immediate precursor of a substance already controlled under the CSA.

**III.  Findings for Schedule Placement Pursuant to 21 U.S.C. 812(b)**

21 U.S.C. § 812(b) requires the evaluation of a substance's abuse potential, accepted medical use, and safety for use under medical supervision for placement in the CSA as a controlled substance.  After consideration of the above eight factors determinative of control of a substance (21 U.S.C. § 811(c)), and a review of the scientific and medical evaluation and scheduling recommendation provided by the HHS, DEA finds that [123I]ioflupane does not meet the requirements for inclusion in any schedule, and should be removed from control under the CSA.

**1)  The drug or other substance has a low potential for abuse relative to the drugs or other substances in Schedule V.**

[123I]ioflupane has no comparable potential for abuse relative to substances in Schedule V.

**2)  The drug or other substance has a currently accepted medical use in the United States**

[123I]Ioflupane has a currently accepted medical use in treatment in the United States. FDA approved the New Drug Application for DaTscan on January 14, 2011 with the indication of visualizing striatal dopamine transporters in the brains of adult patients with suspected Parkinsonian syndromes using SPECT imaging.

**3)  Abuse of the drug or other substance is not likely to lead to limited physical dependence or psychological dependence.**

[123I]Ioflupane is not abusable; therefore its use is not likely to lead to physical or psychological dependence.

**Gov Exhibit 5**

**References**

Department of Health and Human Services, FDA Review (2010). Basis for the Recommendation to Remove FDA Approved Products Containing [[123]I]Ioflupane from Schedule II of the Controlled Substance Act (CSA).

Department of Health and Human Services (2015).  Letter to Honorable Michele M. Leonhart, Administrator, Drug Enforcement Administration – dated February 2, 2015.

Booij J, Busemann Sokole E, Stabin MG, Janssen AG, de Bruin K, van Royen EA (1998). Human biodistribution and dosimetry of [123I]FP-CIT: a potent radioligand for imaging of dopamine transporters.  Eur J Nucl Med 25(1):24-30.

Neumeyer JL, Tamagnan G, Wang S, Gao Y, Milius RA, Kula NS, Baldessarini RJ (1996).  N-Substituted analogs of 2 beta-carbomethoxy-3 beta-(4'-iodophenyl)tropane (beta-CIT) with selective affinity to dopamine or serotonin transporters in rat forebrain.  J Med Chem 39:543-548.

Neumeyer JL, Wang S, Gao Y, Milius RA, Kula NS, Campbell A, Baldessarini RJ, Zea-Ponce Y, Baldwin RM, Innis RB (1994).  N-omega-fluoroalkyl analogs of (1R)-2 beta-carbomethoxy-3 beta-(4-iodophenyl)-tropane (beta-CIT) radiotracers for positron emission tomography and single photon emission computed tomography imaging of dopamine receptors.  J Med Chem 37:1558-1561.

Okada T, Fujita M, Shimada S, Sato K, Schloss P, Watanabe Y, Itoh Y, Tohyama M, Nishimura T (1998).  Assessment of affinities of beta-CIT, beta-CIT-FF, and beta-CIT-FP for monoamine transports permanently expressed in cell lines.  Nucl Med Biol 25:53-58.

Scheffel U, Lever JR, Abraham P, Parham KR, Mathews WB, Kopajtic T, Carroll FI, Kuhar MJ (1997).  N-Substituted phenyltropanes as in vivo binding ligands for rapid imaging studies of the dopamine transporter.  Synapse 25:345-349.

Volkow ND, Wang GJ, Fischman MW, Foltin RW, Fowler JS, Abumad NM, Vitkun S, Logan J, Gatley SJ, Pappas N, Hitzemann R, Shea CE (1997).  Relationship between subjective effects of cocaine and dopamine transporter occupancy.  Nature 386:827-830.

**Gov Exhibit 5**



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

**NOV - 2 2010**

Office of the Assistant Secretary for Health
Washington, D.C. 20201

The Honorable Michele Leonhart
Acting Administrator
Drug Enforcement Administration
Lincoln Place – West
700 Army Navy Drive, Room 12060
Arlington, VA 22202

Dear Ms. Leonhart:

Pursuant to the Controlled Substances Act [CSA, 21 U.S.C. 811 (b), (c), and (f)], the
Department of Health and Human Services is recommending that FDA approved
products containing [$^{123}$I]ioflupane be removed from Schedule II of the CSA. DaTSCAN
is a diagnostic agent that contains [$^{123}$I]ioflupane, a new molecular entity for striatal
dopamine transporter visualization using single photon emission computed tomography
(SPECT) brain imaging. DaTSCAN is being developed to assist in the evaluation of
adult patients with suspected Parkinsonian syndromes. The [$^{123}$I]ioflupane in DaTSCAN
is present in very dilute, miniscule amounts (0.325 [$^{123}$I]ioflupane per 2.5 ml vial or 0.13
$\mu$g/ml). The average and maximum amounts of non-radioactive ioflupane per DaTSCAN
vial are estimated to be between 0.21 $\mu$g and 0.31 $\mu$g. This recommendation only applies
to finished, labeled, FDA approved products that contain [$^{123}$I]ioflupane. This
recommendation does not apply to [$^{123}$I]ioflupane, or its non-radiolableled precursor
ioflupane.

FDA has considered the abuse potential and dependence producing characteristics of the
FDA approved products containing [$^{123}$I]ioflupane. Because of its very dilute (i.e. low
dose) and radioactive formulation, DaTSCAN is unlikely to produce a pharmacological
effect and be abused, which is consistent with the available data from clinical trials and
animal studies. The average and maximum amounts of non-radioactive ioflupane per vial
are generally lower than the radiolabeled API, making abuse of expired, unused, or
discarded DaTSCAN highly unlikely. As such, DaTSCAN's relative potential for abuse
is less than other substances controlled in the CSA. After reviewing the available
information, the agency concludes that FDA approved products containing [$^{123}$I]ioflupane
be removed from Schedule II of the CSA. FDA's Controlled Substance Staff prepared
the enclosed document that forms the basis for the recommendation.

Should you have any questions regarding this recommendation, please contact Corinne P.
Moody, Science Policy Analyst, Controlled Substance Staff, Center for Drug Evaluation
and Research at (301) 796-5402.

Sincerely,

Howard Koh

Howard K. Koh, M.D., M.P.H.
Assistant Secretary for Health

Enclosure

U.S. Public Health Service                    **Gov Exhibit 5**

## BASIS FOR THE RECOMMENDATION TO REMOVE FDA APPROVED PRODUCTS CONTAINING [¹²³I]IOFLUPANE FROM SCHEDULE II OF THE CONTROLLED SUBSTANCES ACT (CSA)

### I.   SUMMARY

The Food and Drug Administration (FDA) recommends FDA approved products containing [¹²³I]ioflupane be removed from Schedule II of the Controlled Substances Act (CSA). DaTSCAN is a diagnostic agent that contains [¹²³I]ioflupane, a new molecular entity for striatal dopamine transporter visualization using single photon emission computed tomography (SPECT) brain imaging. DaTSCAN is being developed to assist in the evaluation of adult patients with suspected Parkinsonian syndromes. The [¹²³I]ioflupane in DaTSCAN is present in very dilute, miniscule amounts (0.325 μg [¹²³I]ioflupane per 2.5 ml vial or 0.13 μg/ml). The average and maximum amounts of non-radioactive ioflupane per DaTSCAN vial are estimated to be between 0.21 μg and 0.31 μg. This recommendation only applies to finished, labeled, FDA approved products that contain [¹²³I]ioflupane. This recommendation does not apply to [¹²³I]ioflupane, or its non-radiolabeled precursor ioflupane.

DaTSCAN was approved in Europe in July 2000 and is licensed for use in 32 countries outside the Unites States. It is used as an aid in the diagnosis and management of patients with dementias and movement disorders, and has no intended pharmacological effects. Because of its very dilute (i.e. low dose) and radioactive formulation, DaTSCAN is unlikely to produce a pharmacological effect and be abused, which is consistent with the available data from clinical trials and animal studies. The average and maximum amounts of non-radioactive ioflupane per vial are generally lower than the radiolabeled active pharmaceutical ingredient (API), making abuse of expired, unused, or discarded DaTSCAN highly unlikely. As such, DaTSCAN's relative potential for abuse is less than other substances controlled in the CSA. The starting material, N-nor-β-CIT (2β-carbomethoxy-3β-(4-iodophenyl) nortropane), is originally derived from the Schedule II compound cocaine, via ecgonine, in a multi-step process. As such, [¹²³I]ioflupane is a derivative of cocaine and ecgonine and therefore currently controlled in Schedule II of the CSA.

### II.   BACKGROUND

DaTSCAN is a diagnostic agent for dopamine transporter brain imaging. [¹²³I]Ioflupane is the API of DaTSCAN. GE HealthCare has submitted a New Drug Application (NDA) to the FDA for DaTSCAN that is currently under review. DaTSCAN is under development as a single-dose, injectable, diagnostic radiopharmaceutical, for use in hospital settings with specialized gamma cameras, to image dopaminergic neurons in the brain.

1

Gov Exhibit 5

As evidenced in clinical trials, DaTSCAN does not produce pharmacological effects associated with other abused stimulants such as cocaine (C-II) or methamphetamine (C-II). DaTSCAN's mechanism of action occurs via blockade of neurotransporters, primarily the dopamine transporter (DAT). In three clinical trials of safety and efficacy, visual assessments of DaTSCAN images correlated with diagnoses made by expert physicians using standardized consensus criteria for assessing striatal dopamine deficits. Such deficits are known to occur in some movement disorders and Parkinsonian syndromes. Although currently controlled under Schedule II of the CSA because of the presence of ioflupane in the product, DaTSCAN presents no practical possibility of abuse, misuse, diversion or clandestine production due to its unique properties.

### Pharmacology

The non-radiolabeled formulation of the API of DaTSCAN, ioflupane, has been shown to elicit behavioral effects in animals similar to cocaine (C-II). However, DaTSCAN does not produce any pharmacological effects, or effects associated with other abused stimulants such as cocaine or methamphetamine (C-II). The dose of $[^{123}I]$ioflupane that would be needed to produce a behavioral or recreational effect in man (e.g. "to get high") is completely unknown.

### Dilution

Because the only known source of $[^{123}I]$ioflupane is within the DaTSCAN product, the Sponsor has estimated the dose of DaTSCAN that would be required to elicit a subjective "high" in humans based on previous dopamine transporter (DAT) occupancy studies. To reach the level of DAT occupancy thought to be required for recreational effects with $[^{123}I]$ioflupane, the Sponsor estimates that it would require injection of nearly 6,000 vials of commercially available DaTSCAN product. This would amount to about 15 L of fluid, an amount that would probably be lethal if administered intravenously. Further, if used recreationally, the non-drug constituents of DaTSCAN (5.7 mg/ml acetic acid, 7.8 mg/ml sodium acetate and 0.05 ml ethanol in each vial) would be administered at multiple times their lethal dose (LD) 50 values.

In addition to the lethal effects associated with recreational doses of DaTSCAN, the Sponsor states that the maximum batch size of DaTSCAN per day is 54 vials (1.755 µg), making the abuse of $[^{123}I]$ioflupane logistically impossible.

### Limited source of DaTSCAN

Because it is radioactive, the synthesis of DaTSCAN requires a cyclotron. In 2006, the International Atomic Energy Agency (IAEA) estimated that there were only 350 operating cyclotrons in the world, and only 70 cyclotrons in the United States (IAEA, 2006). In addition to the limited availability of cyclotrons, the handling of cyclotron produced products is regulated by the Nuclear Regulatory Commission (NRC).

Gov Exhibit 5

Due to its radioactive nature, the handling and distribution of DaTSCAN will be highly restricted. DaTSCAN will be handled exclusively by nuclear medicine and other imaging laboratories or by radiopharmacies. The Sponsor predicts the distribution of DaTSCAN will be similar to the way most radiopharmaceuticals are distributed in the U.S. today. Today there are two different distribution routes for radiopharmaceuticals. These routes are direct to a customer (e.g. a nuclear medicine department), which represents about 5% of all nuclear medicine doses, and through a radiopharmacy, which represents about 95% of all nuclear medicine doses.

Both nuclear medicine departments and radiopharmacies are highly regulated and maintain multiple operating licenses. These facilities are subject to inspection from multiple federal, state, and local regulatory agencies, which typically include the Department of Transportation, Environmental Protection Agency, State Board of Pharmacy, Nuclear Regulatory Commission or Agreement State equivalent, Occupational Safety and Health Administration (OSHA) and local biohazardous waste agencies. All sites that receive product will be required to have a current Radioactive Materials License. Additionally, pharmacists, nuclear medicine physicians, and nuclear medicine technicians must be licensed in order to work with and administer radiopharmaceuticals.

DaTSCAN will only be shipped to a site that has a patient scheduled for a DaTSCAN imaging procedure. The order will typically be placed the day before the imaging procedure. Manufacturing will occur just prior to product shipping due to the short shelf life of DaTSCAN, as such, storage of a viable product is not possible.

The limited availability of precursor compounds and restrictions regarding the handling and synthesizing of radioactive materials places technical limitations on the amount of DaTSCAN that can be produced daily. At present, there would be no practical possibility of obtaining a single, recreational dose of DaTSCAN for abuse purposes due to its limited production and tight regulatory controls surrounding radiopharmaceuticals.

**Limited half-life**

$[^{123}I]$Ioflupane has a half life of about 13.2 hours, leading to a 24 hr. shelf life of DaTSCAN. This property will prevent the storage of DaTSCAN at either the manufacturing site or the hospital, limiting the amount available for diversion or misuse. Theoretically, if DaTSCAN were stolen or diverted, it would need to be sold or used within 24 hrs. Lastly, the handling and availability of DaTSCAN in the U.S. is strictly controlled by federal and state legislation and regulations, limiting trade to licensed radiopharmacies with a valid prescription.

Pursuant to 21 U.S.C. 811 (b), the Secretary is required to consider in the scientific and medical evaluation eight factors determinative of control or removal of a drug or other substance from the schedules of the CSA. Pursuant to 21 U.S.C. 811 (c), the Secretary shall consider the following factors with respect to each substance proposed to be controlled or removed from the schedules:

3

**Gov Exhibit 5**

1. Its actual or relative potential for abuse.
2. Scientific evidence of the drug's pharmacological effects.
3. The state of current scientific knowledge regarding the drug or other substance.
4. Its history and current patterns of abuse.
5. The scope, duration and significance of abuse.
6. What, if any, risk there is to the public health.
7. Its psychic or physiologic dependence liability.
8. Whether the substance is an immediate precursor of a substance already controlled.

Following consideration of the eight factors, the Secretary must make three findings to recommend scheduling or to remove a substance from its controlled status. The three required findings relate to the substance's abuse potential, legitimate medical use, and safety or dependence potential.

Administrative responsibilities for evaluating a substance for control under the CSA are performed for HHS by the Food and Drug Administration, with the concurrence of the National Institute on Drug Abuse [(Memorandum of Understanding, 50 Fed. Reg, 9518, 9518-20) (Mar. 8, 1985)].

The following evaluation discusses the scientific and medical information relative to each of the eight factors, presents findings in the three required areas, and a recommendation regarding the removal of DaTSCAN as a controlled substance under the CSA. Accordingly, the FDA recommends that DaTSCAN be decontrolled. Pursuant to 21 U.S.C. 811 (c), the eight factors pertaining to control of DaTSCAN are considered below.

## III. EVALUATING DaTSCAN UNDER THE EIGHT FACTORS

This section presents an evaluation of the current scientific and medical knowledge about DaTSCAN ($[^{123}I]$ioflupane) under the eight factors that must be considered pursuant to 21 U.S.C. 811 (c) under the CSA. Unless otherwise indicated, all the scientific information provided in this document was submitted to the FDA by the Sponsor as supporting evidence for the approval of the NDA. The preclinical studies described below were conducted using the non-radiolabeled active pharmaceutical ingredient (API) of DaTSCAN (i.e. "cold" ioflupane) because $[^{123}I]$ioflupane has a short half life and is synthesized upon demand to be used in diagnostic procedures within hours of manufacture.

### Factor 1; It's Actual or Relative Potential for Abuse

The first factor the Secretary must consider is the actual or relative potential for abuse of DaTSCAN. The term "abuse" is not defined in the CSA. However, the legislative history of the CSA suggests the following points in determining whether a particular drug or substance has a potential for abuse[1]:

---

[1] Comprehensive Drug Abuse Prevention and Control Act of 1970. H.R. Rep. No. 91-1444, 91st Cong., Sess. 1 (1970) reprinted in U.S.C.C.A.N. 4566, 4603.

4

Gov Exhibit 5

a.     Individuals are taking the substance in amounts sufficient to create a hazard to their health or to the safety of other individuals or to the community.

h.     There is significant diversion of the drug or substance from legitimate drug channels.

c.     Individuals are taking the substance on their own initiative rather than on the basis of medical advice from a practitioner licensed by law to administer such substance.

d.     The substance is so related in its action to a substance already listed as having a potential for abuse to make it likely that it will have the same potential for abuse as such substance, thus making it reasonable to assume that there may be significant diversions from legitimate channels, significant use contrary to or without medical advice, or that it has a substantial capability of creating hazards to the health of the user or to the safety of the community.

There is no single test or assessment procedure that, by itself provides a full and complete characterization of a substance's abuse potential, as this is a complex determination that is multi-dimensional. When assessing the abuse potential of a substance, the Secretary considers multiple factors, data sources and analyses. These factors include the prevalence, frequency and manner of use in the general public and specific subpopulations, the amount of material that is available for illicit use, as well as evidence relevant to populations that may be of particular risk.

Animal, human, and epidemiological data are all used in determining a substance's abuse potential. Scientifically, a comprehensive evaluation of the relative abuse potential of a substance includes consideration of the drug's receptor binding affinity, preclinical pharmacology, reinforcing effects, discriminative stimulus effects, dependence producing potential, pharmacokinetics and routes of administration, toxicities, assessment of the clinical efficacy safety database relative to actual abuse, clinical abuse potential studies, and the public health risks following marketing of the substance. Epidemiological data can also be an important indicator of actual abuse. Finally, evidence of clandestine production and illicit trafficking of a substance are also important factors. Below is a discussion of the four indicators of abuse, as they relate to DaTSCAN.

### *a. Individuals are taking the substance in amounts sufficient to create a hazard to their health or to the safety of other individuals or to the community.*

Based on a review of the scientific and medical literature, there are no data demonstrating that individuals are taking DaTSCAN in amounts sufficient to create a hazard to their health or to the safety of other individuals or to the community.

**Gov Exhibit 5**

There are no case reports or clinical trials published in the scientific and medical literature that describe any incidents of drug abuse, misuse, or diversion of DaTSCAN or [$^{123}$I]ioflupane.

The API of DaTSCAN is radiolabeled ioflupane ([$^{123}$I]ioflupane). While non-radiolabeled ioflupane was shown to elicit behavioral effects in animals, the effects of pharmacologically active doses in man, and the dose of drug needed to produce such effects, are completely unknown. However, DaTSCAN is completely void of central nervous system (CNS) activity in humans due to its extremely dilute, low dose formulation.

Despite the lack of demonstrable behavioral activity, the Sponsor has estimated the dose of [$^{123}$I]ioflupane within DaTSCAN that would be required to elicit a subjective "high" in humans based on dopamine transporter (DAT) occupancy studies. To reach the level of DAT occupancy thought to be required for recreational effects (i.e. "to get high") with DaTSCAN ([$^{123}$I]ioflupane), the Sponsor estimates that it would require injection of nearly 6,000 vials of commercially available product, an amount that would be lethal. The Sponsor states that the maximum batch size per day is 54 vials, with each vial having a shelf life of approximately 24 hours. The radioactive nature of DaTSCAN is likely to deter misuse and abuse because the short shelf life of DaTSCAN will prevent its storage for future use at either the manufacturing site or the hospital, limiting the amount available for diversion. Thus, the extraordinarily dilute formulation, limited availability, radioactive nature, lethality, and short shelf life of DaTSCAN will make its abuse logistically impossible.

### *b. There is significant diversion of the drug or substance from legitimate drug channels.*

There is no documentation or information that demonstrates diversion of DaTSCAN or [$^{123}$I]ioflupane. The U.S. approval of DaTSCAN is pending. Further, the handling and availability of DaTSCAN in the U.S. will be (delete: is) strictly controlled by federal and state statutes and regulations, limiting trade to licensed radiopharmacies with a valid prescription[2]. Additional state and federal regulations govern the transportation, storage, and disposal of radioactive materials.

The Sponsor states that about 90% of the daily distribution of DaTSCAN to the end-user would be through the highly regulated GE Healthcare radiopharmacy network in pre-loaded, patient specific syringes. These syringes will need to be disposed of via incineration through a licensed biohazard waste dealer.

---

[2] NRC regulations govern most nuclear medicine operations and include 10 C.F.R. Parts 20 and 35. In addition, many states have agreements with the NRC to regulate radiopharmaceuticals within their jurisdiction.

Gov Exhibit 5

The radioactive nature of the $[^{123}$I]ioflupane within DaTSCAN limits its shelf life to 24 hours, which necessitates the production of DaTSCAN in small batches, manufactured daily, and according to orders received against a qualified physician's prescription. Thus, DaTSCAN can not be made and stored for future use at either the manufacturing site or the hospital, eliminating the possibility of diversion and abuse.

Taken together, manufacturing limits, a short shelf life, and current restrictions regarding the distribution, handling, and disposal of radiopharmaceuticals will limit the potential for diversion of DaTSCAN from legitimate drug channels.

*c. Individuals are taking the substance on their own initiative rather than on the basis of medical advice from a practitioner licensed by law to administer such substances.*

There are no case reports or epidemiological data suggesting that individuals are taking DaTSCAN or $[^{123}$I]ioflupane on their own initiative rather than on the basis of medical advice from a practitioner licensed by law to administer such substances. DaTSCAN is not administered by the patient or available for self-administration by patients. In addition, the supply of DaTSCAN is limited and special handling is required because of its radioactive properties (see items a and b). Finally, the DaTSCAN formulation contains a very dilute solution of $[^{123}$I]ioflupane that is too low to elicit a CNS behavioral pharmacological effect.

*d. The substance is so related in its action to a substance already listed as having a potential for abuse to make it likely that it will have the same potential for abuse as such substance, thus making it reasonable to assume that there may be significant diversions from legitimate channels, significant use contrary to or without medical advice, or that it has a substantial capability of creating hazards to the health of the user or to the safety of the community.*

DaTSCAN is formulated with a very dilute solution of the radiopharmaceutical, $[^{123}$I]ioflupane. The presence of $[^{123}$I]ioflupane in the formulation is intended for diagnostic purposes and is present in amounts considerably lower than what is feasible for eliciting a CNS behavioral pharmacological effect. The mechanism of action of non-radiolabeled ioflupane occurs via blockade of neurotransporters, including the dopamine transporter (DAT) and other monoamine transporters (e.g., 5-HT). The function of most neurotransporters is to terminate neuronal firing by the reuptake of neurotransmitters that are released into the synaptic cleft. Many drugs that block the reuptake of neurotransmitters functionally increase the activity of neurotransmitters at postsynaptic receptors. This mechanism of action is similar to that of cocaine (C-II), and ioflupane (C-II) has an affinity for the dopamine transporter between 10- and 100-fold greater than cocaine (C-II). This relatively greater affinity for DAT may be the reason that ioflupane (C-II), at the appropriate dose, appears to be more potent than cocaine in some behavioral assessments.

The Sponsor has estimated the dose of DaTSCAN that would be required to elicit a subjective "high" based on DAT occupancy studies. Using positron emission

7

**Gov Exhibit 5**

tomography in conjunction with radiolabeled cocaine, Volkow et al. (1997) suggested that at least 47% of dopamine transporters within the brain need to be occupied to produce a subjective effect in man.

To reach a comparable level of DAT occupancy with the [$^{123}$I]ioflupane contained in DaTSCAN, the Sponsor estimates that it would require injection of nearly 6,000 vials of commercially available product. The Sponsor states that the maximum batch size that can be produced per day is 54 vials, making the abuse of DaTSCAN logistically impossible. In addition to manufacturing limitations, the volume of injected drug needed to achieve a psychoactive effect would be approximately 15 L, an amount that would be lethal independent of the other constituents co-administered with the dose of DaTSCAN.

In summary, there are no data in the form of case reports or the medical literature indicating the abuse of [$^{123}$I]ioflupane or DaTSCAN. The DaTSCAN formulation will consist of a highly dilute, miniscule dose of [$^{123}$I]ioflupane. Because the amount of ioflupane and [$^{123}$I]ioflupane in DaTSCAN is so dilute, it will be impossible to abuse without producing lethal effects. In addition, the limited production, and tight restrictions regarding the handling and distribution of DaTSCAN, and other radioactive materials make it unreasonable to assume that DaTSCAN will be diverted for abuse from legitimate channels, will have significant use contrary to medical advice, or have substantial capability of creating hazards to the health of the user or to the safety of the community as a CSA controlled substance.

### Factor 2: Scientific Evidence of the Drug's Pharmacological Effects

Pharmacological activity of DaTSCAN results from the presence of its active pharmaceutical ingredient (API) [$^{123}$I]ioflupane. The amount of [$^{123}$I]ioflupane in DaTSCAN is less than an amount that can feasibly produce a CNS behavioral pharmacological effect.

#### *Neurochemistry of DaTSCAN*

DaTSCAN's mechanism of action occurs via blockade of neurotransporters, including the dopamine transporter (DAT) and other monoamine transporters (e.g. 5-HT). In in vitro studies using rodent brain homogenate or cells transfected with rat DAT, a non-radiolabeled formulation of ioflupane was shown to have an affinity between 10- and 100-fold greater than cocaine for the dopamine transporter (Neumeyer et al. 1996; Okada et al. 1998; Scheffel et al. 1997). The mechanism of action of ioflupane supports the contention that ioflupane has a potential for abuse. However, because [$^{123}$I]ioflupane is radioactive, has a very restricted manufacture, and is available only in minute amounts for limited time periods, DaTSCAN will not have the potential for abuse seen with ioflupane.

**Gov Exhibit 5**

### *Animal Studies*

Drug discrimination studies in animals are considered to be predictive of subjective effects in humans and useful in the abuse potential assessment of drugs. Drugs that have discriminative stimulus effects in common with a drug of abuse are also likely to be abused.

In drug discrimination studies, rats trained to discriminate cocaine (10 mg/kg i.p., C-II) from saline produced cocaine-appropriate responding at doses $\geq$ 0.1 mg/kg i.v. non-radiolabeled ioflupane. This finding suggests that non-radiolabeled ioflupane may produce cocaine-like subjective effects.

When examining the behavioral effects of non-radiolabeled ioflupane and cocaine, Neumeyer et al., (1994) found that both compounds elicited an increase in locomotor activity relative to vehicle injection. However, the data suggest that ioflupane is less potent than cocaine, and produces a lower maximum level of locomotor stimulation. Importantly, ioflupane has a longer duration than cocaine, with locomotor activity remaining significantly elevated at least three hours after drug administration.

The available in vitro and preclinical behavioral data suggest that non-radiolabeled ioflupane and cocaine share similar pharmacological properties, although significant differences such as potency and pharmacokinetics may exist between the two substances. As the radiolabeled congener of ioflupane, $[^{123}I]$ioflupane would be expected to have a pharmacological profile nearly identical to that of its non-radioactive form. However, manufacturing limits and the radioactive properties of $[^{123}I]$ioflupane present a number of logistical barriers that make abuse of the $[^{123}I]$ioflupane within the DaTSCAN product logistically impossible.

### *Human Studies*

Across eight clinical trials involving 942 subjects and nine years post-approval use in Europe, there is no clinical evidence of pharmacological effects as a result of DaTSCAN administration. DaTSCAN is not restricted or controlled as a drug of abuse in any of the 32 countries in which it is approved.

The maximum dose of the active drug substance ($[^{123}I]$ioflupane) administered to a patient undergoing medical imaging with DaTSCAN is 0.325 μg (0.13 μg/ml). Extrapolating from the aforementioned rodent locomotor and drug discrimination studies, it was estimated that the lowest active dose of DaTSCAN (i.e., a "threshold dose") for a 60-kg (132.2 lb) man would be 288 μg or 886 vials of the intended commercial product. In addition, the Sponsor estimates that an active (i.e., recreational) dose of DaTSCAN would require 1921 μg or 5,910 vials of the intended commercial product. Both the estimated "threshold dose" and the "recreational dose" are likely to be lethal by virtue of the volume of fluid that would have to be injected during drug delivery. In addition, the non-drug constituents (5.7 mg/ml acetic acid, 7.8 mg/ml sodium acetate and 0.05 ml ethanol in each vial) are near human $LD_{50}$ amounts, even at estimated "threshold doses".

9

**Gov Exhibit 5**

The Sponsor states that several chronic health consequences may result from the injection of large amounts of radioactivity associated with DaTSCAN. This includes an increase in the risk of several cancers including colon cancer and thyroid cancer.

## Factor 3:  Scientific Knowledge about the Drug or Substance in General

DaTSCAN produces no known pharmacological effect. DaTSCAN is approved and available for use in 32 European countries. DaTSCAN is not controlled as a drug of abuse in any of the countries where it is registered or marketed. DaTSCAN has been administered to over 168,000 patients. Across eight clinical trials involving 942 subjects and nine years of clinical use in Europe, no evidence of pharmacological effects resulting from DaTSCAN administration was reported. These data did not identify any issues relevant to the abuse or abuse potential of DaTSCAN.

The dose of $[^{123}I]$ioflupane given during administration of DaTSCAN to a patient undergoing an imaging procedure is 0.325 μg. In order to achieve a "cocaine-like" high in a 60 kg man, it is estimated that approximately 1921 μg, or the contents of nearly 6,000 vials of DaTSCAN would be needed.

The other components of DaTSCAN are: 0.05 ml/ml ethanol, 5.7 mg/ml acetic acid and 7.8 mg/ml sodium acetate per vial.

### Chemistry

$[^{123}I]$ioflupane is the international non-proprietary name (INN) for Methyl (1R, 2S, 3S, 5S)-8-(3-fluoropropyl)-3-(4-$[^{123}I]$iodophenyl)-8-azabicyclo[3.2.1] octane-2-carboxylate. The molecular formula is $C_{18}H_{23}F[^{123}I]NO_2$ and molecular weight of 427.28. $[^{123}I]$ioflupane is a clear, colorless solution (the nonradioactive ioflupane is a white solid). $[^{123}I]$ioflupane is not isolated in the solid state but exists only as a solution in ethanol and sodium acetate buffer and, therefore, the physico-chemical characteristics of the drug substance have been inferred from non-radioactive ioflupane. The non-radioactive ioflupane is a white solid with a melting point of 83°C to 87°C, soluble in water ( less than 0.1 mg/mL), sodium acetate buffer (pH :7.4) (16 mg/mL) and ethanol ( 27 mg/mL).

The manufacturing of sodium iodide $I^{123}$ is highly complex requiring specialized facilities with access to a cyclotron, where $I^{123}$ is produced by proton bombardment of highly enriched $Xe^{124}$ (Petry, 2004).

### Extraction of $[^{123}I]$ioflupane from DaTSCAN

It would be impossible to obtain enough DaTSCAN to perform a meaningful extraction of $[^{123}I]$ioflupane due to its limited production and availability. Even if enough DaTSCAN were obtained to attempt a theoretical extraction procedure, extraction of $[^{123}I]$ioflupane from the finished product solution is technically complex and would require advanced chemistry equipment that is unavailable to the general public. If an

10

Gov Exhibit 5

individual performed the theoretical extraction procedure, the API of the product would not be exempt from Schedule II of the CSA because it would no longer be contained in an FDA-approved product.

### Retrosynthesis of DaTSCAN to ecgonine or cocaine

There is no obvious synthetic route from either ioflupane or the final tin intermediate (NC100180; SnFP-CT) to cocaine. While theoretical retrosynthesis pathways have been proposed, the practical completion of such a process would be difficult even with professional-level chemistry knowledge and training.

### Clandestine production of DaTSCAN

As stated above, the production of DaTSCAN is a technically complex process that requires specialized equipment and facilities, as well as scientific training and expertise. A significant consideration in the synthesis of DaTSCAN is the involvement of non-radiolabeled precursors (e.g. "cold" ioflupane). The non-radiolabeled precursors that are required for the synthesis of $[^{123}I]$ioflupane are likely to be abuseable, with no preparation required. Were an individual able to obtain the necessary, non-radiolabeled precursors and equipment to manufacture $[^{123}I]$ioflupane, there would be little incentive to synthesize this (theoretically) abuseable compound into a radiolabeled formulation with a limited shelf life.

Further, given the choice, drug users would be expected to prefer the non-radiolabeled formulation of a substance versus the "hot", radioactive alternative.

### Factor 4: History and Current Patterns of Abuse

DaTSCAN has no history or pattern of abuse. To date, over 168,000 patient-doses of DaTSCAN have been administered and no reports of pharmacological effects are noted. The Sponsor states that although 48,000 vials of DaTSCAN were sold across Europe in 2008, no single end-user received more than 10 in a single day. Manufacturing projections for the U.S. market are 50-100 vials per day.

In addition, as discussed above, the radioactive properties of $[^{123}I]$ioflupane within DaTSCAN subject it to oversight by the NRC and other federal agencies including OSHA, EPA, and DOT, which regulate the production, handling, transportation, and disposal of radiopharmaceuticals. These additional controls involved in radiopharmacy practice in the U.S. would limit the handling and use of DaTSCAN, further limiting any possibility of its abuse.

### Factor 5: The Scope Duration and Significance of Abuse

There is no current or past history of abuse of $[^{123}I]$ioflupane or DaTSCAN. Thus, the scope, duration and significance of abuse of DaTSCAN appear to be nonexistent.

Gov Exhibit 5

### Factor 6: The Risk (if any) to the Public Health

Due to its very limited synthesis and manufacture, low dose formulation, and regulatory controls surrounding the handling of radiopharmaceuticals, DaTSCAN abuse is not possible and therefore the public health risk from abuse is not possible. Existing regulations surrounding the handling and storage of radiopharmaceuticals limit any toxicity, and chronic health risks (e.g. cancer) that may be associated with exposure to radioactive substances, such as DaTSCAN.

While the non-radiolabeled formulation of the API of DaTSCAN, ioflupane, has been shown to elicit behavioral effects in animals similar to cocaine (C-II), pharmacologically active doses are not present in DaTSCAN. Based on DAT occupancy studies in humans, (performed with radiolabeled cocaine) pharmacologically active doses of DaTSCAN are estimated to be several thousand times higher than the proposed clinical dose of DaTSCAN, making its abuse logistically impossible.

### Factor 7: The Drug's Psychic or Physiologic Dependence Liability

Some animal studies suggest that ioflupane, the non-radiolabeled API of DaTSCAN, has cocaine-like properties. Drug discrimination is a technique used to model the subjective effects of a drug in a non-verbal species. In rats trained to discriminate intraperitoneal injections of cocaine from saline, intravenously administered ioflupane produced cocaine-appropriate responding, suggesting that ioflupane produces cocaine-like effects. In locomotor activity studies, ioflupane produced results that are similar to cocaine.

The psychic or physiologic dependence potential of DaTSCAN has not been demonstrated. Any possible psychic or physiologic dependence liability of DaTSCAN is expected to be limited by logistical factors (as described above in the Background Section).

### Factor 8: Whether the Substance is an Immediate Precursor of a Substance that is Already Controlled

DaTSCAN is not an immediate precursor of any controlled substance.

Gov Exhibit 5

**RECOMMENDATION**

After consideration of the eight factors determinative of control of a substance [21 U.S.C. 812(c)], which are discussed above, FDA finds that the scientific and medical evidence support removal of FDA approved products containing [$^{123}$I]ioflupane from control of the CSA.

1) **The drug or other substance has a low potential for abuse relative to the drugs or other substances in Schedule V.**

   There is no evidence that DaTSCAN has a comparable potential for abuse relative to substances in Schedule V. In addition, because of how the product is formulated, it is unlikely that DaTSCAN can be abused.

2) **The drug or other substance has a currently accepted medical use in treatment in the United States.**

   Upon approval of the new drug application (NDA) for DaTSCAN, it will have a currently accepted medical use in the United States. Upon approval, DaTSCAN will be the only FDA approved product containing [$^{123}$I]ioflupane.

3) **Abuse of the drug or other substance is not likely to lead to limited physical dependence or psychological dependence.**

   DaTSCAN is not abuseable, as stated in Finding #1 (above). Thus, abuse of DaTSCAN is not likely to lead to physical or psychological dependence.

FDA recommends that FDA approved products containing [$^{123}$I]ioflupane not be controlled in any Schedule under the CSA.

13

**Gov Exhibit 5**

Reference List

1. International Atomic Energy Agency (2006) Directory of cyclotrons used for radionuclide production in member states 2006 update. Accessed online May 27, 2010: http://www-naweb.iaea.org/napc/iachem/cyclotrons/PDF/DCRP.pdf

2. Neumeyer JL, Tamagnan G, Wang S, Gao Y, Milius RA, Kula NS, Baldessarini RJ (1996) N-substituted analogs of 2 beta-carbomethoxy-3 beta- (4'-iodophenyl)tropane (beta-CIT) with selective affinity to dopamine or serotonin transporters in rat forebrain. J Med Chem 39:543-548

3. Neumeyer JL, Wang S, Gao Y, Milius RA, Kula NS, Campbell A, Baldessarini RJ, Zea-Ponce Y, Baldwin RM, Innis RB (1994) N-omega-fluoroalkyl analogs of (1R)-2 beta-carbomethoxy-3 beta-(4-iodophenyl)-tropane (beta-CIT): radiotracers for positron emission tomography and single photon emission computed tomography imaging of dopamine transporters. J Med Chem 37:1558-1561

4. Okada T, Fujita M, Shimada S, Sato K, Schloss P, Watanabe Y, Itoh Y, Tohyama M, Nishimura T (1998) Assessment of affinities of beta-CIT, beta-CIT-FE, and beta-CIT-FP for monoamine transporters permanently expressed in cell lines. Nucl Med Biol 25:53-58

5. Petry N (2004) Licensing and Regulatory Control. In: Richard J.Kowalsky, Steven W.Falen (eds) Radiopharmaceuticals in Nuclear Pharmacy and Nuclear Medicine - 2nd Ed. American Pharmacists Association, pp 157-213

6. Scheffel U, Lever JR, Abraham P, Parham KR, Mathews WB, Kopajtic T, Carroll FI, Kuhar MJ (1997) N-substituted phenyltropanes as in vivo binding ligands for rapid imaging studies of the dopamine transporter. Synapse 25:345-349

7. Volkow ND, Wang GJ, Fischman MW, Foltin RW, Fowler JS, Abumrad NN, Vitkun S, Logan J, Gatley SJ, Pappas N, Hitzemann R, Shea CE (1997) Relationship between subjective effects of cocaine and dopamine transporter occupancy. Nature 386:827-830

**Gov Exhibit 5**