


# ARKANSAS STATE CRIME LABORATORY

| **LITTLE ROCK** | **LOWELL** | **HOPE** |
|---|---|---|
| #3 Natural Resources Drive | 1120 West Monroe Avenue | 2500 South Main Street |
| Little Rock AR 72205 | Lowell AR 72745 | Hope AR 71802 |
| (501) 227-5747 | (479) 365-8717 | (870) 722-8530 |

Mike Hagar  
**SECRETARY**

Governor Sarah Huckabee Sanders  
**STATE OF ARKANSAS**

Kermit B. Channell II  
**DIRECTOR**

### Isomer Affidavit - Methamphetamine

Felisia Lackey, Lauren McDonald, and Terra Lucas declare as follows:

1. We are employed by the Arkansas State Crime Laboratory (ASCL).  Felisia and Lauren are Chief Forensic Chemists at the Little Rock laboratory and Terra is the Chief Forensic Chemist at the Lowell satellite laboratory.
2. Felisia Lackey has a bachelor's degree in Chemistry from Hendrix College (Conway, Arkansas), Lauren McDonald has a bachelor's degree in Chemistry from University of the Ozarks (Clarksville, Arkansas) and a master's of natural science degree from Southeast Missouri State University (Cape Girardeau, Missouri), and Terra Lucas has a bachelor's degree in Chemistry and a minor in Forensic Science from Ferris State University (Big Rapids, Michigan).
3. The Forensic Chemistry department provides forensic services to local, state, and federal law enforcement agencies, analyzing evidence received from across the state of Arkansas, suspected to contain a controlled substance.
4. The ASCL has been an accredited laboratory since December 2004 and are currently accredited by American National Standards Institute (ANSI) National Accreditation Board (ANAB).  This accreditation demonstrates that management, personnel, operational and technical procedures, equipment, and physical facilities meet ISO/IEC 17025:2017 and ANAB AR 3125 standards.
5. Methamphetamine is a controlled substance in Arkansas.  It is listed under Schedule II stimulant drugs of the Arkansas Controlled Substance List.  It is listed as "methamphetamine, its salts, isomers, and salts of its isomers".
6. Methamphetamine is also a controlled substance in the United States of America.  It is specifically listed in Schedule II at 21 C.F.R. § 1308.12 (d)(2) "Schedules of Controlled Substances".  It is listed as "methamphetamine, its salts, isomers, and salts of its isomers".
7. Federal law defines "isomer" in 21 C.F.R. § 1300.01 (b) as:  
"[t]he optical isomer, except as used in § 1308.11(d) and § 1308.12(b)(4).  As used in § 1308.11(d), the term "isomer" means any optical, positional, or geometric isomer.  As used in § 1308.12(b)(4), the term "isomer" means any optical or geometric isomer."
8. Isomers can be generally defined as molecules with the same molecular formulas, but different arrangements of atoms.  There are several different types of isomers.
9. Structural (constitutional) isomers are molecules with the same molecular formula but a different connectivity of atoms, as below:



10. Positional isomers are molecules that differ only in the position of a functional group (or other substituent) on a parent structure, as below:

    $$CH_3-\underset{\underset{CH_3}{|}}{CH}-CH_2-CH_2-CH_3 \qquad CH_3-CH_2-\underset{\underset{CH_3}{|}}{CH}-CH_2-CH_3$$

11. Geometric isomers (also called cis-trans isomers) are molecules that have the same connectivity in their atoms but a different, non-superimposable, arrangement in three-dimensional space, as below:

12. Optical isomers (also called enantiomers) have the same atoms with the same connectivity, but have non-superimposable mirror images, as below:

13. Methamphetamine has structural (constitutional) and optical isomers.
14. Structural (constitutional) isomers of methamphetamine have unique names other than methamphetamine. For example, isopropylbenzylamine and phentermine are both constitutional isomers of methamphetamine because they have the same molecular formula, but their atoms are arranged differently than methamphetamine.
15. The Forensic Chemistry department utilizes a variety of validated methods recognized by the forensic community to determine which (if any) controlled substances are contained in an item of evidence.  The test methods utilized in the Forensic Chemistry department are color tests, Thin Layer Chromatography (TLC), Gas Chromatography-Retention Time (GC-RT), Gas Chromatography Mass Spectrometry (GC-MS), and Fourier Transform-Infrared Spectroscopy (FT-IR).

16. Gas Chromatography Mass Spectrometry (GC-MS) is a separation and identification technique.  The GC component separates a substance into its individual components.  The MS portion allows each component to be identified, and can differentiate between methamphetamine and some of its isomers by comparing the component's mass spectrum to a known mass spectrum of a reference material.  Mass spectrometry is able to differentiate between methamphetamine and its structural isomers but it may not be able to differentiate between its optical isomers.
17. Fourier Transform-Infrared Spectroscopy (FT-IR) is a technique that enables the identification of a compound by comparing the compound's infrared spectrum to the infrared spectrum of a reference material. FT-IR can be used to identify methamphetamine, including the salt form (i.e. methamphetamine hydrochloride).   It can also differentiate between methamphetamine and its structural (constitutional) isomers, but cannot differentiate between some optical isomers.
18. Any report issued by the ASCL Forensic Chemistry department that has methamphetamine or methamphetamine hydrochloride listed as a result, indicates that methamphetamine, a salt of methamphetamine, an optical isomer of methamphetamine, or salt of an optical isomer of methamphetamine has been identified.
19. Any report issued by the ASCL Forensic Chemistry department identifying a structural (constitutional) isomer of methamphetamine will use the unique name of that compound (e.g. phentermine).  Such a report would not state "methamphetamine" as a result.

We declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  We executed the declaration on the date indicated below.

Date: 1/12/23

_____
Felisia Lackey, Chief Forensic Chemist

_____
Lauren McDonald, Chief Forensic Chemist

_____
Terra Lucas, Chief Forensic Chemist